# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EUNICE GORDON, on behalf of the
Estate of RAYMOND O'NEIL GORDON,
SR., and EUNICE GORDON, Individually,

                  Case No. 16-11239
      Plaintiff,           Honorable Sean F. Cox

v.

CHRYSLER GROUP LLC FCA US LLC-
UAW PENSION PLAN, an employee
benefit plan

      Defendant.
_____/

## ADMINISTRATIVE RECORD – PART 1

Respectfully submitted,

**THE MURRAY LAW GROUP, P.C.**

By: _s/ William E. Altman_____
      **William E. Altman (P52788)**
31780 Telegraph Rd., Suite 200
Bingham Farms, MI 48025
(248) 540-8019 (t)
(248) 540-8059 (f)
waltman@murraylawpc.com
**Attorneys for Defendant**

 *Benefit Express*

Statement Date: April 16, 2013


A000601
FAMILY OF RAYMOND O. GORDON

MI

**Benefit Express Service Center**
1-888-456-7800
between 8 a.m. and 4 p.m., Eastern time,
Monday through Friday.

## Death Certificate Transmittal Form

At this time it is important that a copy of the certified death certificate be forwarded to the Benefit Express Service Center.

Please fax or mail the death certificate, along with this original Death Certificate Transmittal Form (not a copy) to:

*Fax:*
    1-847-883-8234 (Outside the United States, use +1-847-883-8234.)

*Mail:*
Chrysler Benefit Express
P.O. Box 1442
Lincolnshire, IL 60069-1442

When faxing your information, do **not** include a cover sheet. Only fax this original form, followed by any required documentation.

## Signature Needed

This form needs to be signed by the individual sending in the death certificate.

*Eunice Gordon        5/16/2013*

delivered by Hewitt

010210062 01591-A000601

AR   1

Death Certificate Transmittal Form

Page 2

*Jourico Gordon* 5/16/2013
Signature

## For More Information

**Phone:** 1-888-456-7800, between 8 a.m. and 4 p.m., Eastern time, Monday through Friday.

STATE OF MICHIGAN
DEPARTMENT OF COMMUNITY HEALTH
CERTIFICATE OF DEATH

TYPE/PRINT
IN
PERMANENT
BLACK INK

LF _____ **496**
CF _____

STATE FILE NUMBER
**3640037**

| 1. DECEDENT'S NAME (First, Middle, Last) | 2. DATE OF BIRTH (Month, Day, Year) | 3. SEX | 4. DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|
| RAYMOND O'NEIL GORDON, SR. | 1949 | MALE | APRIL 13, 2013 |

| 5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS (First, Middle, Last, Maiden) | 5a. AGE - Last Birthday (Years) 64 | 6. UNDER 1 YEAR MONTHS DAYS | 6. UNDER 1 DAY HOURS MINUTES |
|---|---|---|---|

| 7a. LOCATION OF DEATH HOSPITAL OR OTHER INSTITUTION - Name (If not in either, give street and number and zip text) | 7b. CITY, VILLAGE, OR TOWNSHIP OF DEATH | 7c. COUNTY OF DEATH |
|---|---|---|
| OAKWOOD HOSPITAL & MEDICAL CENTER | DEARBORN | WAYNE |

| 8a. CURRENT RESIDENCE STATE | 8b. COUNTY | 8c. LOCALITY | 9. STREET AND NUMBER |
|---|---|---|---|
| MICHIGAN | WAYNE | DETROIT | |

| 8a. ZIP CODE | 9. BIRTHPLACE (City and State or Country) | 10. SOCIAL SECURITY NUMBER | 11. DECEDENT'S EDUCATION |
|---|---|---|---|
| | DETROIT, MI. | | ASSOCIATES DEGREE |

| 12. RACE | 13. ANCESTRY | 11a. HISPANIC ORIGIN NO | 11b. WAS DECEDENT EVER IN THE U.S. ARMED FORCES? YES |
|---|---|---|---|
| BLACK | AFRICAN AMERICAN | | |

| 15. USUAL OCCUPATION | 16. KIND OF BUSINESS OR INDUSTRY | 17. MARITAL STATUS MARRIED | 18. NAME OF SURVIVING SPOUSE |
|---|---|---|---|
| ASSEMBLER | AUTOMOTIVE | | EUNICE BRADLEY |

| 19. FATHER'S NAME (First, Middle, Last) | 20. MOTHER'S NAME BEFORE FIRST MARRIAGE |
|---|---|
| DEWEY GORDON | ESSIE POLLOCK |

| 21a. INFORMANT'S NAME | 21b. RELATIONSHIP TO DECEDENT | 21c. MAILING ADDRESS |
|---|---|---|
| EUNICE GORDON | WIFE | |

| 22. METHOD OF DISPOSITION BURIAL | 23. PLACE OF DISPOSITION WESTLAWN CEMETERY | 23b. LOCATION WAYNE, MI. |
|---|---|---|

| 24. SIGNATURE OF MORTUARY SCIENCE LICENSEE | 25. LICENSE NUMBER 5526 | 26. NAME AND ADDRESS OF FUNERAL FACILITY JAMES H. COLE HOME FOR FUNERALS, INC. 2624 W. GRAND BLVD. DETROIT, MI. 48208 |
|---|---|---|

| 31a. CERTIFIER | 31b. ACTUAL OR PRESUMED TIME OF DEATH 4:40 P. | 31c. PRONOUNCED DEAD ON APRIL 13, 2013 | 31d. TIME PRONOUNCED DEAD 4:40 P. |
|---|---|---|---|

Signature and Title: **Tammie Bully MD**

| 31e. DATE SIGNED MAY 2, 2013 | 31f. LICENSE NUMBER 4301024811 | 32. MEDICAL EXAMINER'S CASE NUMBER | 33. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER TAMMIE BULLY |
|---|---|---|---|

34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN: **TAMMIE BULLY MD** 4100 John R, SUITE 804, DETROIT, MICHIGAN 48201

35a. REGISTRAR'S SIGNATURE: **Kathleen Buda**      35b. DATE FILED: **MAY 06 2013**

**CAUSE OF DEATH**

| PART I. | | |
|---|---|---|
| a. | CHRONIC LYMPHOID LEUKEMIA | |
| | DUE TO (OR AS A CONSEQUENCE OF) | |
| b. IMMEDIATE CAUSE | | |
| | DUE TO (OR AS A CONSEQUENCE OF) | |
| c. | | |
| | DUE TO (OR AS A CONSEQUENCE OF) | |

PART II. OTHER SIGNIFICANT CONDITIONS

| 29. MANNER OF DEATH NATURAL | 40a. WAS AN AUTOPSY PERFORMED? NO | 40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? NO |
|---|---|---|

| 41a. DATE OF INJURY | 41b. TIME OF INJURY | 41c. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|

**AH**
**COPY**

State of Michigan )
County of Wayne ) ss.
City of Dearborn )

I do hereby certify that this document is a true copy of the record
on file in this office.

**MAY 06 2013**
DATE

REGISTRAR

2204 EUNICE GORDON

AR   3

# Certified Copy of Marriage Record

THE STATE OF OHIO,   )                       Case Number: 2004 MRG 001621

                  ) ss.

LUCAS COUNTY,     )

I, JACK R. PUFFENBERGER, certify that I am Judge of the Probate Court, within and for said county, which is a Court of Record, that I am Clerk of said Court, and by law the custodian of the records and papers required by law to be kept in said Court, and that among others a Record of Marriages was heretofore required by law to be kept therein, and that the following is a true and correct copy from said Record of Marriages, now in this office.

I do hereby certify that on *04/20/2004*, I solemnized the marriage of *Mr. Raymond Oneil Gordon* with *Ms. Eunice Smith.*

Ceremony performed by
Rev John Oliver

In TESTIMONY WHEREOF I have hereunto set my hand and the seal of

The Probate Court, at Toledo, Ohio, this 4 May 2004

Jack R. Puffenberger
Judge and Clerk of the Probate Court of said County

By _____

Deputy Clerk

EMPLOYEE - Raymond O' Gordon

SS# - ████████████████

Raymond Oneil Gordon
8346 Bryden St.
Detroit, MI 48204

LCPC-1 (REV. 1999)

AR 4



Statement Date: May 17, 2013


V000019
EUNICE GORDON
███████████████ MI ██████████


**Benefit Express Service Center**
1-888-409-3300
between 8 a.m. and 4 p.m., Eastern time,
Monday through Friday.

## Chrysler UAW Plan
## Starting Your Beneficiary Pension Benefit

### Payment Information for Basic Benefit

As the beneficiary of RAYMOND O. GORDON, you're entitled to a monthly benefit of **$2,306.99** from the Chrysler UAW Pension Plan, beginning on **April 11, 2014**.

However, you instead may elect to receive a benefit of **$1,499.54**, beginning **May 1, 2013**.

### Additional Payment Information

Starting your benefit requires several decisions on your part. The enclosed materials will help you through those decisions. **Please keep this material for your records.**

### What You Need to Do

- Review all the enclosed information:
  - Beneficiary Pension Elections Worksheet
  - Beneficiary Notice of Rights

- Use the Beneficiary Pension Elections Worksheet as a guide in making your decisions.

- Call the Benefit Express Service Center at **1-888-409-3300** to make your elections.







AR   5

Starting Your Beneficiary Pension Benefit                          Page 2

- We expect that the first payment you will receive will be on July 1, 2013 with retroactive payments back to May 1, 2013. In order to receive payments on July 1, 2013, you will need to make your elections by **May 28, 2013**. If you do not make your election by this date, your pension payment may be delayed further.

## After You Make Your Elections

- A Beneficiary Pension Election Confirmation Statement and Beneficiary Pension Election Authorization Form will be mailed to you.

- You must sign and date the Beneficiary Pension Election Authorization Form.

- In order to receive payments on July 1, 2013, you must return the signed Pension Election Authorization Form by **May 28, 2013** to the Benefit Express Service Center. If you do not return the signed form by this date, your pension payments may be delayed further.

## If You Decide Not to Start Your Benefit

- **Verify Your Address**
  You must call the Benefit Express Service Center to verify your home address by **July 16, 2013**. After this date, you should continue to let the Benefit Express Service Center know about any change in your name or address to ensure that you continue to receive accurate information about your benefit.

- **Provide Death Certificate**
  Please note that even if you don't want to begin receiving your benefit at this time, you must provide the Benefit Express Service Center with a copy of the certified death certificate by **July 16, 2013** to ensure your benefit is not delayed in the future. Please fax or mail the death certificate to:

  *Fax:*
  1-847-883-8234

AR   6

**Mail:**
Chrysler Benefit Express
P.O. Box 1442
Lincolnshire, IL 60069-1442

When faxing your information, do **not** include a cover sheet.

- If you don't respond by **July 16, 2013,** these forms will not be valid and you will need to contact the Benefit Express Service Center to start the process over.

## For More Information

**Phone:** 1-888-409-3300, between 8 a.m. and 4 p.m., Eastern time, Monday through Friday.
**Fax:** 1-847-883-8234  (No cover letter needed.)
**Mail:** Benefit Express Service Center
         100 Half Day Road
         Lincolnshire, IL 60069-1442



---

Statement Date: March 25, 2014


V000036
EUNICE GORDON

███████ MI ███████

 **Benefit Express Service Center**
1-888-409-3300
between 8 a.m. and 4 p.m., Eastern time,
Monday through Friday.

## Chrysler UAW Plan
## Starting Your Beneficiary Pension Benefit

### Payment Information for Basic Benefit

As the beneficiary of RAYMOND O. GORDON, you're entitled to a monthly benefit of **$2,319.20** from the Chrysler Group LLC UAW Pension Plan, beginning on **April 11, 2014**.

However, you instead may elect to receive a benefit of **$1,507.48**, beginning **April 1, 2014**.

### Additional Payment Information

Starting your benefit requires several decisions on your part. The enclosed materials will help you through those decisions. **Please keep this material for your records.**

### What You Need to Do

- Review all the enclosed information:
  - Beneficiary Pension Elections Worksheet
  - Beneficiary Notice of Rights

- Use the Beneficiary Pension Elections Worksheet as a guide in making your decisions.

- Call the Benefit Express Service Center at **1-888-409-3300** to make your elections.

---

delivered by Hewitt

AR   8




Starting Your Beneficiary Pension Benefit                                      Page 2

- We expect that the first payment you will receive will be on June 1, 2014 with retroactive payments back to April 1, 2014. In order to receive payments on June 1, 2014, you will need to make your elections by **April 29, 2014.** If you do not make your election by this date, your pension payment may be delayed further.

## After You Make Your Elections

- A Beneficiary Pension Election Confirmation Statement and Beneficiary Pension Election Authorization Form will be mailed to you.

- You must sign and date the Beneficiary Pension Election Authorization Form.

- In order to receive payments on June 1, 2014, you must return the signed Pension Election Authorization Form by **April 29, 2014** to the Benefit Express Service Center. If you do not return the signed form by this date, your pension payments may be delayed further.

## If You Decide Not to Start Your Benefit

- **Verify Your Address**
  You must call the Benefit Express Service Center to verify your home address by **May 24, 2014.** After this date, you should continue to let the Benefit Express Service Center know about any change in your name or address to ensure that you continue to receive accurate information about your benefit.

- **Provide Death Certificate**
  Please note that even if you don't want to begin receiving your benefit at this time, you must provide the Benefit Express Service Center with a copy of the certified death certificate by **May 24, 2014** to ensure your benefit is not delayed in the future. Please fax or mail the death certificate to:

  *Fax:*
  1-847-883-8234

AR   9

Starting Your Beneficiary Pension Benefit                                    Page 3

**Mail:**
Benefit Express
P.O. Box 1442
Lincolnshire, IL 60069-1442

When faxing your information, do **not** include a cover sheet.

- If you don't respond by **May 24, 2014,** these forms will not be valid and you will need to contact the Benefit Express Service Center to start the process over.

## For More Information

**Phone:** 1-888-409-3300, between 8 a.m. and 4 p.m., Eastern time, Monday through Friday.
**Fax:** 1-847-883-8234  (No cover letter needed.)
**Mail:** Benefit Express Service Center
          4 Overlook Point
          Lincolnshire, IL 60069-1442

Print as of : 24-Oct-2016



## Hewitt

Database: FCA TBA Workflow
Copyright © 2005-2016 Hewitt Associates LLC

## Follow-Up: DB - Commencement - Employee - Manual Calc Required - Survivor

▬▬▬▬▬ , GORDON, EUNICE

Case ID:

---

### Steps Detail

#### 2. Analyze Request

**Discussion**

Tamera Ball  24-Mar-2014 06:03:51 AM MDT
Callback: let ppt know that we are still researching issue.

---

Jasmeet Singh Sudan  25-Mar-2014 08:20:10 AM MDT
Hi , the calc sheet has already been prepared by Arvind in the previous w/f and the survivor is entitled to $1,499.54.
Death certificate has also been received in imaging and the maritial status there is married. I have updated the PFC
and DBDATA entries and prepared the In Pay Notice and saved in the shared drive march first check folder. Please
review and proceed.
Thanks

---

Harish Chandra Mandal  25-Mar-2014 10:40:46 AM MDT
2nd check completed.  Ran DBBNCM event through TBA. Thanks

---

Tamera Ball  25-Mar-2014 12:40:27 PM MDT
Callback: ppt is not sure why the number is not 2306.98 which is date on letter that was sent by us on 05/17/2013.
When I look in tba the amount is 1507.48 not 1499.  Which is correct.  Why did letter state this

---

Sally Barrera  26-Mar-2014 06:17:28 AM MDT
Callback: Ppt called to check status, advised this is still being worked on.

---

Jasmeet Singh Sudan  27-Mar-2014 10:38:58 AM MDT
Hi , first check is done. The amount $2,306.98 is the amount which the ppt would get if he was in payment. The
survivor is eligible for $1,499.54 which 65% of $2,306.98. I have checked TBA and its showing the benefit of
$1,507.48. As per my understanding , TBA is calculating 65.34% of $2,306.98. The correct amount should be
$1,499.54 which is there in the calc sheet attached above. Moving to QR.
Thanks

---

Vikas Pant  01-Apr-2014 09:57:50 AM MDT
2nd check completed. Agreed with 1st checker's findings. TBA is calculating incorrect benefit amount for survivor. The
correct amount for surviving spouse should be $1,499.54. Pulled retirement kit from control D and make changes and
saved on shared drive on April final check folder and also in workflow template for future reference. PFL placed for
mailing through E-fulfillment. Surivivor would received the kit in normal mailing time. Closing step 2.
Thanks!!

---

### 3. Follow-Up With Customer

**Discussion**

Kirk Forseth  01-Apr-2014 12:25:45 PM MDT
Callback: Ms. Gordan and called in and informed of the WF's outcome however she was under the impression would
be a higher amount.  Informed with spouse birthday being on 04/11 by commencing on the 1st of April would be a
lower amount.  Starting new WF to commence as of 05/01/2014.

---

AR   11



Print as of : 24-Oct-2016

# Hewitt

Database:  FCA TBA Workflow
Copyright © 2005-2016 Hewitt Associates LLC

## Follow-Up: DB - Commencement - Employee - Manual Calc Required - Survivor

▬▬▬▬▬, GORDON, EUNICE                      Case ID: HKF01041448402

---

## Steps Detail
### 2. Analyze Request
#### Discussion

**Sally Barrera  01-Apr-2014 01:41:45 PM MDT**
Callback: Ppt called to confirm BCD listed. Confirmed it is 5/1/14.

---

**Jasmeet Singh Sudan  03-Apr-2014 12:35:05 PM MDT**
Hi, as per the remarks, i have prepared the calc sheet and inpay notice for 5/1/2014 BCD. The spouse is entitled to $1,499.54 and not 2,306.99 which is the amount that the ppt would get if he would be in payment. Moving to QR. Please review. Thanks

---

**Don Miller  08-Apr-2014 09:43:37 AM MDT**
Hello from Chrysler Benefit Express

This message is to inform you that we are still working on your issue. You will be contacted no later than 5 business days from today on the status of your issue.
Thank you for contacting Chrysler Benefit Express. Please do not reply to this email. If you need additional assistance, you may visit us online at http://resources.hewitt.com/chrysler or call 1-888-409-3300 (Retirees) or 1-888-456-7800 (Actives). Representatives are available from 8:00 am - 4:00 pm EST, Monday through Friday.

---

**Kalpana Singh  10-Apr-2014 01:59:30 PM MDT**
I have completed second check and agree with first checker s findings, calc sheets and PCS saved in shared drive for 05-01-2014 BCD. Efulfillment created to mail the PCS. PPT would be getting in normal mailing time. Thanks

---

**Kalpana Singh  10-Apr-2014 02:03:17 PM MDT**
Note for CS>> Please call ppt and inform that PPT is not entitled for $2306.99 this is amount payable to original PPT, bene would be getting 1499.54. Thanks

---

### 3. Follow-Up With Customer
#### Discussion
**Kirk Forseth  10-Apr-2014 03:14:39 PM MDT**
Hello from Chrysler Benefit Express

This message is to inform you that your issue has been resolved. You may verify the changes or updates made by logging on to http://resources.hewitt.com/chrysler. If you need additional information, please contact Chrysler Benefit Express at 1-888-409-3300 (Retirees) or 1-888-456-7800 (Actives).
Thank you for contacting Chrysler Benefit Express. Please do not reply to this email. If you need additional assistance, you may visit us online at http://resources.hewitt.com/chrysler or call 1-888-409-3300 (Retirees) or 1-888-456-7800 (Actives). Representatives are available from 8:00 am - 4:00 pm EST, Monday through Friday.

Don Miller  17-Apr-2014 06:19:03 AM MDT
OFS call regarding the amount of benefit for surv spouse

AonHewitt - L98KXP5  4/1/2014 11:06:40 AM  PAGE  3/012  Fax Server



Statement Date: April 1, 2014


V000036
EUNICE GORDON
▓▓▓▓▓▓▓ MI ▓▓▓▓▓



**Benefit Express Service Center**
1-888-409-3300
between 8 a.m. and 4 p.m., Eastern time,
Monday through Friday.

# Chrysler UAW Plan
# Starting Your Beneficiary Pension Benefit

## Payment Information for Basic Benefit

As the beneficiary of RAYMOND O. GORDON, you're entitled to a monthly benefit of **$1,499.54** from the Chrysler Group LLC UAW Pension Plan, beginning on **April 1, 2014.**

## Additional Payment Information

Starting your benefit requires several decisions on your part. The enclosed materials will help you through those decisions. **Please keep this material for your records.**

## What You Need to Do

- Review all the enclosed information:
  - Beneficiary Pension Elections Worksheet
  - Beneficiary Notice of Rights

- Use the Beneficiary Pension Elections Worksheet as a guide in making your decisions.

- Call the Benefit Express Service Center at 1-888-409-3300 to make your elections.




Starting Your Beneficiary Pension Benefit                                          Page 2

- We expect that the first payment you will receive will be on June 1, 2014 with retroactive payments back to April 1, 2014. In order to receive payments on June 1, 2014, you will need to make your elections by **April 29, 2014.** If you do not make your election by this date, your pension payment may be delayed further.

## After You Make Your Elections

- A Beneficiary Pension Election Confirmation Statement and Beneficiary Pension Election Authorization Form will be mailed to you.

- You must sign and date the Beneficiary Pension Election Authorization Form.

- In order to receive payments on June 1, 2014, you must return the signed Pension Election Authorization Form by **April 29, 2014** to the Benefit Express Service Center. If you do not return the signed form by this date, your pension payments may be delayed further.

## If You Decide Not to Start Your Benefit

- **Verify Your Address**
  You must call the Benefit Express Service Center to verify your home address by **May 24, 2014.** After this date, you should continue to let the Benefit Express Service Center know about any change in your name or address to ensure that you continue to receive accurate information about your benefit.

- **Provide Death Certificate**
  Please note that even if you don't want to begin receiving your benefit at this time, you must provide the Benefit Express Service Center with a copy of the certified death certificate by **May 24, 2014** to ensure your benefit is not delayed in the future. Please fax or mail the death certificate to:

*Fax:*
1-847-883-8234

Starting Your Beneficiary Pension Benefit                                    Page 3

*Mail:*
Benefit Express
P.O. Box 1442
Lincolnshire, IL 60069-1442

When faxing your information, do **not** include a cover sheet.

- If you don't respond by **May 24, 2014,** these forms will not be valid and you will need to contact the Benefit Express Service Center to start the process over.

# For More Information

**Phone:** 1-888-409-3300, between 8 a.m. and 4 p.m., Eastern time, Monday through Friday.
**Fax:** 1-847-883-8234  (No cover letter needed.)
**Mail:** Benefit Express Service Center
       4 Overlook Point
       Lincolnshire, IL 60069-1442





V000036



EUNICE GORDON

MI



---

Statement Date: April 10, 2014



V000036
EUNICE GORDON

████████████

████ MI ███████

 **Benefit Express Service Center**
1-888-409-3300
between 8 a.m. and 4 p.m., Eastern time,
Monday through Friday.

## Chrysler UAW Plan
## Starting Your Beneficiary Pension Benefit

### Payment Information for Basic Benefit

As the beneficiary of RAYMOND O. GORDON, you're entitled to a monthly benefit of **$1,499.54** from the Chrysler Group LLC UAW Pension Plan, beginning on **May 1, 2014**.

### Additional Payment Information

Starting your benefit requires several decisions on your part. The enclosed materials will help you through those decisions. **Please keep this material for your records.**

### What You Need to Do

- Review all the enclosed information:
    - Beneficiary Pension Elections Worksheet
    - Beneficiary Notice of Rights

- Use the Beneficiary Pension Elections Worksheet as a guide in making your decisions.

- Call the Benefit Express Service Center at **1-888-409-3300** to make your elections.

---

delivered by Hewitt



129820084 01591-V000036      AR  18

Starting Your Beneficiary Pension Benefit                                     Page 2

- We expect that the first payment you will receive will be on July 1, 2014 with retroactive payments back to May 1, 2014. In order to receive payments on July 1, 2014, you will need to make your elections by **May 14, 2014.** If you do not make your election by this date, your pension payment may be delayed further.

## After You Make Your Elections

- A Beneficiary Pension Election Confirmation Statement and Beneficiary Pension Election Authorization Form will be mailed to you.

- You must sign and date the Beneficiary Pension Election Authorization Form.

- In order to receive payments on July 1, 2014, you must return the signed Pension Election Authorization Form by **May 29, 2014** to the Benefit Express Service Center. If you do not return the signed form by this date, your pension payments may be delayed further.

## If You Decide Not to Start Your Benefit

- **Verify Your Address**
  You must call the Benefit Express Service Center to verify your home address by **May 29, 2014.** After this date, you should continue to let the Benefit Express Service Center know about any change in your name or address to ensure that you continue to receive accurate information about your benefit.

- **Provide Death Certificate**
  Please note that even if you don't want to begin receiving your benefit at this time, you must provide the Benefit Express Service Center with a copy of the certified death certificate by **July 1, 2014** to ensure your benefit is not delayed in the future. Please fax or mail the death certificate to:

  *Fax:*
  1-847-883-8234

129820084 01591-V000036

· Starting Your Beneficiary Pension Benefit                                    Page 3

> **Mail:**
> Benefit Express
> P.O. Box 1442
> Lincolnshire, IL 60069-1442
>
> When faxing your information, do **not** include a cover sheet.

- If you don't respond by **July 1, 2014,** these forms will not be valid and you will need to contact the Benefit Express Service Center to start the process over.

## For More Information

**Phone:** 1-888-409-3300, between 8 a.m. and 4 p.m., Eastern time, Monday through Friday.
**Fax:** 1-847-883-8234  (No cover letter needed.)
**Mail:** Benefit Express Service Center
         4 Overlook Point
         Lincolnshire, IL 60069-1442



**Statement Date:** April 10, 2014


V000036
EUNICE GORDON
███████████████
████████ MI ████████

 **Benefit Express Service Center**
1-888-409-3300
between 8 a.m. and 4 p.m., Eastern time,
Monday through Friday.

## Chrysler UAW Plan
## Beneficiary Pension Elections Worksheet

This worksheet lists all of the decisions you will need to make to start your benefit from the Chrysler Group LLC UAW Pension Plan. Use this worksheet to keep track of your decisions as you review all of the enclosed material.

Once you have completed this worksheet, make your elections by calling the Benefit Express Service Center toll-free at **1-888-409-3300. Do not return this worksheet by mail.**

## Your Decisions

Select only one choice in each section listed below:

Beneficiary Pension Elections Worksheet                                    Page 2

**Federal Income Tax Withholding Election**

☐ I don't want to withhold for federal taxes.

☐ I want to withhold for federal taxes using:

- Marital status:
  - ☐ Single
  - ☐ Married
  - ☐ Married but withhold at a higher single rate
- Number of allowances: _____
- Additional flat dollar amount to withhold: $_____

*Find Information in...*

- Beneficiary Notice of Rights-Federal Income Tax Withholding

**State Income Tax Withholding Election**

☐ I don't want to withhold for state taxes.

☐ I want to withhold for state taxes using the elections available for my state:

_____

_____

_____

*Find Information in...*

- Beneficiary Notice of Rights-State Income Tax Withholding

Beneficiary Pension Elections Worksheet                               Page 3

**Where to Send Your Payment**
☐ I want my monthly payment sent directly to:
- Financial Institution Name

  _____

- Account Number

  _____

- Type of Account (Checking/Savings)

  _____

- Financial Institution ABA Routing Number (available from your financial institution)

  _____

**Note:** Making a direct deposit election authorizes Chrysler to deposit your monthly pension payments and to instruct your financial institution to appropriately credit/debit your account in the case of a deposit error.

☐ I want my payment mailed to my home address.

# For More Information

**Phone:** 1-888-409-3300, between 8 a.m. and 4 p.m., Eastern time, Monday through Friday.



---

Statement Date: April 10, 2014

 **Benefit Express Service Center**
1-888-409-3300
between 8 a.m. and 4 p.m., Eastern time,
Monday through Friday.


V000036
EUNICE GORDON
██████████████
██████ MI ████████████

## Chrysler UAW Plan
## Beneficiary Notice of Rights

As a beneficiary in the Chrysler Group LLC UAW Pension Plan, you have legal rights of which you must be notified. This statement summarizes and describes these rights. You should review these rights prior to electing your benefits.

## Commencement of Benefits

You can always choose to delay the start of your pension benefits until at least the Normal Retirement Date of RAYMOND O. GORDON. If you choose to start your benefit before the Normal Retirement Date of RAYMOND O. GORDON, the Plan may reduce the amount you receive to account for the longer period of time that a life annuity would be paid. In addition, when your benefit is paid, it will be subject to income taxes. Choosing to start your benefit now will result in immediate taxation, but delaying the start of your benefit will also delay taxation.

You have the right to at least 30 days to consider whether to consent to begin receiving benefits. You may waive this 30-day period by choosing to begin your benefits.

---

## Notification Period

Your decisions are important. Legal rules require you to have at least 30 days to think about your benefit elections. This 30-day notification period begins on the date you receive this Beneficiary Notice of Rights. If you are able to make your decisions in less time, you can waive the 30-day period. To waive the 30-day period, you should sign and return the Beneficiary Pension Election Authorization Form you will receive after making your elections.

Please note that your decision to waive the 30-day waiting period does not obligate the plan to make payments within 30 days. When your payment is made depends on whether you waive the 30-day period, when you consent to your elections, and the administrative processing of your benefit.

To think about your decision for the full 30 days, do not return the Beneficiary Pension Election Authorization Form until you have had this Beneficiary Notice of Rights for 30 days and have had time to consider your benefit elections.

## Federal Income Tax Withholding Information

The payments you receive from the Chrysler Group LLC UAW Pension Plan will be subject to federal income tax withholding unless you elect not to have withholding apply.

Withholding will only apply to the portion of your benefit that is already included in your income subject to federal income tax and will be determined similarly to wage withholding.

You may elect not to have federal withholding apply to these payments, or you may elect to have withholding apply based upon a marital status and number of allowances. You may also specify an additional dollar amount to withhold.

129820084 01591-V000036

Your election will remain in effect until you revoke it. You may revoke your election at any time. Any election or revocation will be effective no later than the first of the month following the 30-day period after your election or revocation is received. You may make and revoke your election not to have withholding apply as often as you wish. To make or revoke your withholding elections, you may call the Benefit Express Service Center.

If you do not make an election, federal income tax will be withheld from the taxable portion of your payment as if you were married and claiming three withholding allowances.

If you elect not to have withholding apply to your benefit or if you do not have enough federal income tax withheld from your benefit, you may be responsible for payment of estimated tax. Penalties may be assessed under the estimated tax rules if your withholding and estimated tax payments are not sufficient.

## State Income Tax Withholding Information

The payments you receive from the Chrysler Group LLC UAW Pension Plan may be subject to state income tax withholding.

Each state has different withholding requirements. While some states require state income tax withholding, other states have no income tax withholding. In addition, for some states, income tax withholding is optional and you are able to elect not to have withholding apply. More information on the specific withholding options for your state is available by calling the Benefit Express Service Center.

You may make or revoke any withholding elections by calling the Benefit Express Service Center. Your election will remain in effect until you revoke it. You may revoke your election at any time. Any election or revocation will be effective no later than the first of the month following the 30-day period after your election or revocation is received. You may make and revoke your election not to have withholding apply as often as you wish.

If you do not make an election, state income tax will be withheld from the taxable portion of your payment based on the rules of the state of your permanent address.

If you elect not to have withholding apply to your pension payments or if you do not have enough state income tax withheld from your pension payments, state tax penalties may apply. For additional tax guidance, please consult a personal tax advisor.

Beneficiary Notice of Rights                                      Page 4

# For More Information

**Phone:** 1-888-409-3300, between 8 a.m. and 4 p.m., Eastern time, Monday through Friday.
**Fax:** 1-847-883-8234  (No cover letter needed.)
**Mail:** Benefit Express Service Center
      4 Overlook Point
      Lincolnshire, IL 60069-1442



Statement Date    07-01-2014

EUNICE GORDON

████ MI ████████

 **Your Benefits Resources™**
http://resources.hewitt.com/chrysler

 **Benefit Express Service Center**
1-888-456-7800
between 8 a.m. to 4 p.m., Eastern time,
Monday through Friday

# Chrysler UAW Plan
# Starting Your Beneficiary Pension Benefit (In Pay)

As the beneficiary of RAYMOND O GORDON, you're entitled to a benefit from the Chrysler Group LLC
UAW Pension Plan.

## Payment Option Information Chrysler Group LLC UAW Pension Plan

As the beneficiary of RAYMOND O GORDON, you're entitled to a monthly benefit of **$1,499.54** beginning
on **May 1, 2013.** This amount is based on the payment option RAYMOND O GORDON could have
selected at retirement.

## Contact Benefit Express

We'll start paying the benefit to you on August 1, 2014.

However, there are some decisions you can make about your benefit payment. Access the Your Benefits
Resources™ Web site at **http://resources.hewitt.com/chrysler** or call Benefit Express toll-free at
**1-888-409-3300** to:

- Choose how much federal and state tax to have withheld from your payment.

- Choose where your payment will be sent.

  If you don't make a choice, payments will automatically be sent to your home address.

  If you'd like to have your monthly benefit deposited directly into a bank account, provide the following
  information:

  —— Financial Institution Name
  —— Account Number
  —— Type of Account (Checking/Savings)
  —— Financial Institution ABA Routing Number (available from your financial institution)

delivered by **AON** Hewitt

AR    28



129820084

Starting Your Beneficiary Pension Benefit                                          Page 2

## Send Information to Benefit Express

Return any uncashed checks payable to RAYMOND O GORDON to Benefit Express.

Benefit Express address is:

Chrysler Benefit Express
4 Overlook Point
Lincolnshire, IL 60069-2416

## State Income Tax Withholding Information

The payments you receive from the Chrysler Group LLC UAW Pension Plan may be subject to state income tax withholding unless you choose not to have withholding apply.

Each state has different withholding requirements. While some states require state income tax withholding, other states have no income tax withholding at all. In addition, for some states, income tax withholding is optional and you're able to choose to have no withholding apply. More information on the specific state withholding options for your state is available through the Your Benefits Resources™ Web site or through Benefit Express.

You can make or revoke any withholding choice by accessing the Your Benefits Resources™ Web site or by calling Benefit Express. Your choices will remain in effect until you revoke it. You may revoke your choices at any time. Any choices or revocation will be effective no later than the first of the month following the 30-day period after your choice or revocation is received. You can make and revoke your choice to not have withholding apply as often as you wish.

If you do not make a choice, state income tax will be withheld from the taxable portion of your payment based on the rules of the state of your permanent address.

If you choose to have no withholding apply to your payments or if you don't have enough state income tax withheld from your payments, state tax penalties may apply. For additional tax guidance, consult a personal tax advisor.

## Federal Income Tax Withholding Information

The payments you receive from the Chrysler LLC UAW Pension Plan are subject to federal income tax withholding unless you choose not to have withholding apply.

Withholding applies only to the portion of your benefit that is already included in your income subject to federal income tax and is determined similarly to wage withholding.

You can choose to have no federal taxes withheld from your payments, or you can choose to have withholding apply based upon a marital status and number of allowances. You can also specify an additional dollar amount to withhold.

Your withholding choices will stay in effect until you change them. You can change your withholding choices at any time. The change will take effect no later than the first of the month following the 30-day period after your change is received. You can change your withholding choices as often as you wish. To do so, access the Your Benefits Resources™ Web site or call Benefit Express.

If you do not make a withholding choice, federal income tax will be withheld from the taxable portion of your payment as if you're married and claiming three withholding allowances.

AR    29

Starting Your Beneficiary Pension Benefit                                   Page 3

If you choose to have no taxes withheld from your benefit or if you do not have enough tax withheld from your benefit, you may be responsible for payments of estimated tax. Penalties may be assessed under the estimated tax rules if your withholding and estimated tax payments aren't sufficient.

## Deductions for Retiree Health and Group Benefit Coverage Premiums

Any premiums for retiree health and group benefit coverage will be deducted from your monthly benefit, provided these deductions don't exceed your monthly benefit after taxes. If there are premiums and they exceed your monthly benefit, you'll be billed directly for the cost of your insurance coverages.

You may stop deductions from being taken and begin to be billed directly by notifying Benefit Express of your request at least 30 days prior to the date you want such change to take effect.

## For More Information

**Web:** Your Benefits Resources™ at http://resources.hewitt.com/chrysler
**Phone:** 1-888-456-7800, between 8 a.m. to 4 p.m., Eastern time, Monday through Friday.

Your Benefits Resources™ is a trademark of Hewitt Associates LLC.

129820084

**Steve Jackson  01-Jul-2014 02:08:23 PM CDT**

After review of the previously mailed PCS I cannot explain why the PCS was sent out with the wrong amount allocated to the Survivor. I can agree that the PCS attached does contain the correct amount. The PCS should have printed as an In Pay notice. The Ppt was well over 30 years at the time of death and the Survivor's benefit was well over the maximum SIB amount payable. So the Survivor should have been automatically commenced for the first of the month following the Ppt's death. There would not have been any age reduction to the Ppt's benefit and the Survivor should have been set up with the 65% J&S amount of the Ppt's age 65 benefit. The Ppt passed away on 4/13/2013 so the Survivor should have been set up with a 5/1/2013 BCD. I have created an OP_UP calc sheet to account for the retro amount due to the Survivor from the 5/1 BCD to the current. The Ppt was UAW so the normal form of payment IS the 65% J&S benefit. I have set up the payment on TBA for the 8/1/2014 payment retro to the 5/1/2013 BCD. I have created the Starting Your Beneficiary Pension Benefit (In Pay) notice. The original calc, the OP_UP calc, and the SYBB notice have been attached to the wr for reference and review.  A comment has been placed in the Survivor account reflecting this information.

AR   31

## Active Eligible UAW Survivor Calc

If ppt is eligible, enter "E", if not, enter "I"        E          Eligible    65%
                                                    (E or I)

| | | | | |
|---|---|---|---|---|
| **Name:** | RAYMOND O. GORDON | | **Spouse Name:** | EUNICE GORDON |
| **SSN:** | ███████████ | | **SSN:** | ████████ |
| **DOB:** | ███████████ | | **SDOB:** | ██████ |
| **DOD:** | 04/13/13 | | | |

| **Plan Name** | UAW | | **Address:** | ███████ |
|---|---|---|---|---|
| **BCC** | C | | | ███ MI ████████ |

| | | | | **Age** | | | |
|---|---|---|---|---|---|---|---|
| **CSMS:** | 542 | 542 | **Total CSMs** | | | | |
| **SSO %** | 0.945 | | | **DOD:** | 2013 / 4 / 13 | | |
| **ERF:** | 1 | *only changes if 60/10 eligibility | | **Ppt's DOB:** | 1949 / 4 / 11 | | |
| | | | | | 64 / 12 / 2 | | |

**Benefit Rate:**

| | | | **DOD:** | 2013 / 4 / 13 |
|---|---|---|---|---|
| At Death | $54.05 | | **SDOB:** | 1954 / 9 / 21 |
| | | | | 58 / 6 / 22 |

| | | | | **Difference** | 64 |
|---|---|---|---|---|---|
| **Benefits Payable** | | | | | 58 |
| | Calculation | Survivor Bft. | | | 6 |
| | | | | **SSO Cost** | 5.5 |
| At Death | $2,306.99 | $1,499.54 | | | |

**SERP** _____

**Checklist for Returned Kits:**

| | |
|---|---|
| ____ Birth Certificate (EE) | ____ TBA Account |
| ____ Birth Certificate (Surv.) | ____ Spreadsheet |
| ____ Death Cert. (Long Form) | ____ PCS |
| ____ Marriage Certificate | ____ SIB AMOUNT |
| ____ Payment Consent Form | ____ Duplicated |

August 06, 2014

Chrysler-UAW Pension Board of Administration
C/O Benefit Determination Review Team (BDRT)
PO BOX 1407
Lincolnshire, IL 60069-1407

To Whom This May Concern:

Benefit Determination Review Team (BDRT)

My name is Eunice Gordon, and I am appealing for these reasons: I have been denied a benefit to which I am entitled and the amount of your benefit is not correct: I have documents date May 17, 2013 and March 25, 2014. (Copies of documents attached).

My late husband name was Raymond O' Gordon, Sr.  He was employed at Chrysler LLC, for 45 years. (Worked at Jefferson North Assembly Plant, (JNAP). He transition, on 04/13/2013.

I received a document dated May 17, 2013 and March 25, 2014, from Benefit Express, stating, *"As the beneficiary of Raymond O. Gordon, you're entitled to a monthly benefit of $2306.99 from Chrysler UAW Pension Plan, beginning on April 11, 2014."*

*However, you instead may elect to receive a benefit of $1499.54, beginning May 1, 2013 (.Per documents I received from Benefit Express)*

When I called on May 20, 2013, I spoke to Benefit Express Representative Aisha, she explained to me the benefit amount is $1499.54 starting May 1, 2013, but If I waited until next year, after Raymond's  birthday, I would be entitled to a benefit of $2306.99. Because that would have been his normal retirement date and this 65th birthday, so I called May 31, 2013 and cancelled the Commencement benefits for the amount of $1499.54.  Aisha informed me to call back next year after Raymond's birthday (4/11/2014) to set up commencement benefits again, but to call one

month to set it up. Because I had to fill out the paperwork again.

So, I waited until March 21, 2014, and I called Benefit Express to see when the commencement Benefits started for the $2306.99, and I spoke with, Benefit Express Representative Tamara. She stated the paperwork had been terminated and Hewitt Associated has to send more paperwork out to get the pension benefit process stated all over again.

Tamara stated" I have to start a research ticket, for $1499.54, and I explained to her I am not inquiring about the $1499.54. I am inquiring about the amount of $2306.99. She stated," I will called you regarding the commencement benefits in 1 to 3 businesses days, for the confirmation of the amount."

When she called back and said everything was set up, I asked her what the amount is. She said the Commencement benefit is in the amount of $1499.54. I informed her that the amount of $1499.54 was incorrect and that I was calling to see when I needed to call for the amount of $2306.99. So she stated I need to run another research ticket? Tamara asked me why was I questioning the amount? I explained to her again, that I needed to know when, I was supposed to call for commencement the pension benefit, after his April 11, 2014. Tamara, stated that the amount was increased to $1507.48

So I read to her the document I had received in the mail, stating" *As the beneficiary of Raymond O. Gordon, you're entitled to a monthly benefit of $2306.99 from the Chrysler UAW Pension Plan, beginning on April 11, 2014.*

On April 14, 2014, I called Benefit Express again, and spoke with Benefit Express Representative Jaye and I explained the problem I was having trying to get the correct amount for my pension benefit, she stated you will receive some documents in the mail in a few business days.

I called again April 14, 2014, and spoke with Benefit Express Representative Stacey, she informed me that the amount of $2319.20 would be the amount of the deceased to receive if he was living and this is not a benefit for you (me). She began to ask me what you want me to do.

We have done everything possible? Your amount is $1499.54, I explained to her that I was the Beneficiary and not Raymond. I asked to speak to a supervisor.

Aisha came to the phone stating she was the supervisor. Aisha stated that the documents I received from Benefit Express on May 17, 2013 and March 25, 2014 are typos? I ask her which one she stated both letters. Aisha was unable to tell me the typos amount or the corrected amount. I stated if they are typos why haven't Chrysler LLC sent me a corrected copied. Then I stated " I do not believe that a Corporation like Chrysler LLC would send documents that has errors or none factual information and not forward a correction letter?'

I hung up on her because I felt as if I was begging for a monthly benefit in which I was entitled to.  Aisha and Stacey insists I was reading the letter incorrect, they stated that the $2306.99, would be my husband benefit and not mine.

I called again, and asked for a Supervisor, Will stated he was the supervisor: He ask me How could he help, I explain to him about the problems I had been dealing with trying to get the right amount of commencement benefits. And he told me that I would be receiving a pension benefit of $1499.54 because that was 65% of what my husband pension. I told him that is not true, I told him that  $1499.54 is 65% of $2306.99,  and he replied what makes you think you're entitled to that amount of money and I replied that my husband worked at Chrysler for 45 years that's what makes me entitled. He replied no, he would be entitled to the amount of $2306:99 and not you.


May 2014, I called Benefit Express and spoke with Benefit Express Representative Denise, I explained to Denise what I had been going through for the last couple of months, so she ask me to hold on while she read the notes and stated you are absolutely corrected you are entitled to the pension benefit amount of $2306.99 because you have waited until after 4/11/2014 and that is the correct amount, so I need your account number so we can start a research ticket for this commencement benefit. I had no idea that she would use my account number under false pretenses, for a direct deposit of a check, that should never been deposited.

So I gave her my account number, then she stated that she would called me in a few days.  She called and stated I have good news and bad news, first the good news was that the document you

read from Benefit express was correct (and she paused) and the bad news was the amount was $1499.54. I told her none of that was good news because we had already established the pension amount of $2306.99, after she read the documents in the notes she asked for dates of the document and I told her and she stated okay I see what you are talking about and you correct. 7/2014, I received a check in the amount of $23992.64, I called Benefit Express again and spoke with Benefit Express Representative Vic, I asked him why did I received this check. He stated that is your pension benefit from last year in the amount of $1499.54 times 15 months. I asked him how much would my monthly payments be, he said in the amount of 1499.54. I stated, I did not mailed A *Beneficiary Pension Election Confirmation Statement  and Beneficiary Pension Election Authorization form*s. authorizations stating I would accept the amount of $1499.54 and I did not authorize any direct deposits into my account. He stated that we do not need any Authorizations or confirmations to do this we have updated our systems. I understood that you must return the signed Pension Election Authorization Form is not sent back in to Benefit Express Service Center, pensions will be delayed further. (So how was this determined and by whom with no paperwork in place?)

 I asked for a supervisor again, Will got on the phone and ask me what the problem is now. I thought we have resolved this issue Mrs. Gordon, we have been over this before. I explained to him I you like an Appeal decision, he ask me WHAT am I trying to Appeal.  I asked him for a name and telephone number or a address, so I could appeal this matter, he stated he did not have a name or telephone number, but he would send a claim form to the 8346 Bryden address.

I called again to stop the check from being deposit in my account I spoke with Kelly she stated, That she could not stop this check.

And I called again to have the check stop on 7/29/2014 and with Aisha and she stated that it could not be done, all the paper work has been finalized, and I asked who finalized it?

I would like to know is this how Chrysler LLC, treat their UAW workers Retirees and Surviving Spouses, by giving them what they think is fair.   What happen to treating people with? Respect and Dignity. And treating others they way you wish to be treated?

Whenever, I called Benefit Express, I felt like I was begging for a benefit, which I was not entitled to. Benefit Express Rep. would lie to me, by telling me "Oh, that's not what that means" and I ask, "them well what does that means?  They would tell me another lie. I thought to myself how degrading it is this. They gave me false information which was very misleading, but why! Benefit Express decided for me the amount I should received, and not the amount I am entitled to.

According to the documents, I received from Benefit Express dated May17/2013 and March 25, 2014 as the beneficiary of Raymond O. Gordon, I am entitled to receive the monthly pension benefit of $2319.20, after April 11, 2014.

And If *had agreed* to have a monthly pension of $1499.54, there would be no need to have Cancelled on 5/31/2013 last year.  And I would had received a check 15 months later for $23,992.64.


During this whole process not one person said to me you have a right to an *"Appeal"* process. My question, Is everyone treated this way, by being undermined, being mislead and lied to. And they are given their pension based on what a Benefit Express Representative decides for them. And they are not given the opportunity to express their rights, or they do not understand they have rights because no one informs them, and they accept what is given to them because they do not realize they have a say in this matter?  I believe the matter was not satisfactorily resolved in the event that entitles me to the entitled pension amount? I have attached documents to support my claim.

Benefit Express Representatives/ Supervisors, that I spoke with regarding this claim.

<u>Supervisors</u>

Aisha, Will, and Don

<u>Benefit Express Representatives</u>

Aisha, Tamara, Sally, Kirk, Jaye, Stacey Vic, Kelly, Denise and Jasmine

*Beneficiary of Raymond O. Gordon/ contact info:*

Eunice Gordon,



████████ MI ██████

Home ███████████ Cell ████████████

Email address: ████████████████

Regards,

Eunice Gordon

Delivered registered letter with attached documents



**STATE STREET.**
RETIREE SERVICES
P.O. BOX 24889
JACKSONVILLE, FL 32241-4989

AV 01 128714 51866E336 A**5DGT



EUNICE GORDON

MI

Tax withholding questions? Call Benefit Express (BE) at 888-409-3300 8am to 4pm ET. Retirees eligible for surviving spouse option on marriage/remarriage must apply by the 1st day of the 18th month after marriage. Report address/bank changes to BE. If you change deposit information, do not close old account until you confirm a successful deposit to the new account. Confirm EFT deposits with your bank. If your EFT is rejected by the bank, your payment will be automatically reissued as a paper check to your home address. This will cause a delay (7 to 10 business days) and will continue to happen until the EFT information is updated with BE. Call BE after the 10th of the month to request a stop payment/reissue of a paper check.

| ACCOUNT ID | CHRYSLER-BENE | | | | |
|---|---|---|---|---|---|
| PLAN NAME | CHRYSLER GROUP LLC | | CRP11 AS000 | PERIOD BEGINNING: | 08/01/2014 |
| | | | | PERIOD ENDING: | 08/31/2014 |

## PAYEE INFORMATION

| PAYMENT DATE | CHECK NUMBER | PAYEE SOCIAL SECURITY NUMBER | NET PAYMENT |
|---|---|---|---|
| AUGUST 01, 2014 | | ***-**-**** | 23,992.64 |

## PAYMENT DETAIL

| PAYMENT SOURCES | Current | Year-to-Date | DEDUCTIONS | Current | Year-to-date |
|---|---|---|---|---|---|
| UAW BASIC PEN | 23,992.64 | 23,992.64 | | | |
| **GROSS PAYMENT** | **23,992.64** | **23,992.64** | **TOTAL DEDUCTIONS** | **0.00** | **0.00** |

CID 001438424 SSO COST $.00
WWW.CHRYSLERRETIREES.COM

| DATE | 08/01/2014 | PLAN NAME | CHRYSLER GROUP LLC |
|---|---|---|---|

TWENTY-THREE THOUSAND NINE HUNDRED NINETY-TWO DOLLARS 64 CENTS

EUNICE GORDON

MI

| AMOUNT |
|---|
| $****23,992.64 |

**STATE STREET.**
BOSTON, MASSACHUSETTS 02101

ACCOUNT ID

CHRYSLER-BENE

## ADVICE OF DEPOSIT NON-NEGOTIABLE

AR   39

# *Benefit* Express

Statement Date: May 17, 2013

◉ Benefit Express Service Center
1-888-409-3300
between 8 a.m. and 4 p.m., Eastern time,
Monday through Friday.

V000019
EUNICE GORDON

MI

## Chrysler UAW Plan
## Starting Your Beneficiary Pension Benefit

### Payment Information for Basic Benefit

As the beneficiary of RAYMOND O. GORDON, you're entitled to a monthly benefit of **$2,306.99** from the Chrysler UAW Pension Plan, beginning on **April 11, 2014.**

However, you instead may elect to receive a benefit of **$1,499.54,** beginning **May 1, 2013.**

*[handwritten notes:]* 2306.99 4/14 / lug 9.54 5/13 / -07.45 / there will be a increase distribution of 807.45 / - there will be an increased to 807.45 If I wait until 4/11/2014 (cust serv rep) aisha 5/2013*

### Additional Payment Information

Starting your benefit requires several decisions on your part. The enclosed materials will help you through those decisions. **Please keep this material for your records.**

### What You Need to Do

- Review all the enclosed information:
  - Beneficiary Pension Elections Worksheet
  - Beneficiary Notice of Rights

- Use the Beneficiary Pension Elections Worksheet as a guide in making your decisions.

- Call the Benefit Express Service Center at **1-888-409-3300** to make your elections.

delivered by Hewitt

129820084 01591-V000019

AR 40

*Benefit Express*

Statement Date: May 17, 2013



V000019
EUNICE GORDON

MI

**Benefit Express Service Center**
1-888-409-3300
between 8 a.m. and 4 p.m., Eastern time,
Monday through Friday.

## Chrysler UAW Plan
## Beneficiary Notice of Rights

As a beneficiary in the Chrysler UAW Pension Plan, you have legal rights of which you must be notified. This statement summarizes and describes these rights. You should review these rights prior to electing your benefits.

### Commencement of Benefits

You can always choose to delay the start of your pension benefits until at least the Normal Retirement Date of RAYMOND O. GORDON. If you choose to start your benefit before the Normal Retirement Date of RAYMOND O. GORDON, the Plan may reduce the amount you receive to account for the longer period of time that a life annuity would be paid. In addition, when your benefit is paid, it will be subject to income taxes. Choosing to start your benefit now will result in immediate taxation, but delaying the start of your benefit will also delay taxation.

You have the right to at least 30 days to consider whether to consent to begin receiving benefits. You may waive this 30-day period by choosing to begin your benefits.

129820084 01591-V000019

AR   41

*Benefit Express*

Statement Date: March 25, 2014

**Benefit Express Service Center**
1-888-409-3300
between 8 a.m. and 4 p.m., Eastern time,
Monday through Friday.

V000036
EUNICE GORDON

# Chrysler UAW Plan
## Starting Your Beneficiary Pension Benefit

### Payment Information for Basic Benefit

As the beneficiary of RAYMOND O. GORDON, you're entitled to a monthly benefit of **$2,319.20** from the Chrysler Group LLC UAW Pension Plan, beginning on **April 11, 2014.**

However, you instead may elect to receive a benefit of **$1,507.48**, beginning **April 1, 2014.**

### Additional Payment Information

Starting your benefit requires several decisions on your part. The enclosed materials will help you through those decisions. **Please keep this material for your records.**

### What You Need to Do

- Review all the enclosed information:
  - Beneficiary Pension Elections Worksheet
  - Beneficiary Notice of Rights

- Use the Beneficiary Pension Elections Worksheet as a guide in making your decisions.

* Call the Benefit Express Service Center at **1-888-409-3300** to make your elections.

delivered by Hewitt

AR 42

# Benefit Express

---

Statement Date: March 25, 2014


V000036
**EUNICE GORDON**
▇▇▇▇ MI ▇▇▇▇

◉ **Benefit Express Service Center**
1-888-409-3300
between 8 a.m. and 4 p.m., Eastern time,
Monday through Friday.

## Chrysler UAW Plan
## Beneficiary Notice of Rights

As a beneficiary in the Chrysler Group LLC UAW Pension Plan, you have legal rights of which you must be notified. This statement summarizes and describes these rights. You should review these rights prior to electing your benefits.

## Commencement of Benefits

You can always choose to delay the start of your pension benefits until at least the Normal Retirement Date of RAYMOND O. GORDON. If you choose to start your benefit before the Normal Retirement Date of RAYMOND O. GORDON, the Plan may reduce the amount you receive to account for the longer period of time that a life annuity would be paid. In addition, when your benefit is paid, it will be subject to income taxes. Choosing to start your benefit now will result in immediate taxation, but delaying the start of your benefit will also delay taxation.

You have the right to at least 30 days to consider whether to consent to begin receiving benefits. You may waive this 30-day period by choosing to begin your benefits.

---

delivered by Hewitt

129820084 01591-V000036      AR   43

# Chrysler Benefit Express

August 14, 2014

Private and Confidential

Ms. Eunice Gordon
████████████
████████, MI ██████

Dear Ms. Gordon:

Chrysler Group LLC has designated the Benefit Express Determination Review Team to review and process benefit claims in accordance with the terms of the Chrysler pension plan(s).

The purpose of this letter is to acknowledge receipt of your claim for benefits received on August 11, 2014. You will be provided a response in writing within 90 days, barring any necessary extensions.

If you have any other general questions about your benefits, call Benefit Express at **1-888-409-3300**. The system is available 24 hours a day, Monday through Saturday. Benefit Express Representatives are available at this number between 8 a.m. and 4 p.m. (Eastern time), Monday through Friday.

Sincerely,

Benefit Determination Review Team



129820084    AR   44

Database: HRO BDRT Workflow
Copyright © 2016 Hewitt Associates LLC

Client Name: Chrysler Group LLC
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 GORDON,EUNICE

| BDRT Date | 08/13/2014 | BDRT Time | 02:20 PM | BDRA Tracker | | Dan Fish |
| Originally Needed | 11/09/2014 | Currently Needed | 02/07/2015 | Source | | Mail |
| Imaging Date | 08/11/2014 | Imaging Time | 02:20 PM | Issue Status | | Issue Completed |
| Client Team Utilized | | Appropriate Referral of CIF | | | | |
| Escalation Process? | ● Yes ○ No | from BC? | ● Yes ○ No | | | |

## Participant Information

| Name | EUNICE GORDON | | | Benefit Status | | Retiree |
| ID | | | | Other Participant Identifier | | Other |
| Participant Zip Code | | | | | | |

## Current Status

| Workgroup | N/A | Assignee | N/A | Current Step | N/A |
| Status | Issue Completed | | | | |

## Steps Detail

### 1. Appeal Detail

| Person Type | Participant | | Appeal Category | DB |
| Appeal Activity | DB | | Level of Appeal | Level 1 |
| Appeal Topic | Benefit Amount | | Appeal Description | Under Payment |
| Imaging Misdirect | ☒ NO ☐ | | Multiple Appeal | ☒ NO ☐ |

**Appeal Description:**

| Root Cause of Appeal: | Benefit Amount - Under Payment |
| Summary of Appeal: | Requesting to receive additional survivor pension benefits |
| Acknowledge Letter: | |
| Contact: | |

| Contact Call Back Number: | Prabha, Jeff |
|---|---|
| Home Number: | |
| Work Number: | KAMLESH |
| Best Time to Call Back: | 129820084 |

☒ Completed by Kamlesh Singh Gaira on 08/13/2014 02:20 PM

## 2. Appeal Analysis

| Workgroup: | Determination Mailed |
|---|---|
| Associate Name | Ruchika Tomar |

### Analysis

**Discussion**

Kamlesh Singh Gaira 08/13/2014 02:21:06 PM
TBA Indicator/Comment updated. Document indexed and removed from Imaging Workbasket.
Kamlesh Singh Gaira  08/14/2014 04:04 AM
Akcnoeledgemetn Letter drafted and moved to AA Processing folder.

Address Verified :

8346 Bryden
Detroit, MI 48204

Kamlesh Singh Gaira  08/20/2014 02:15 PM
Ack ltr indexed and removed from imaging.

Ruchika Tomar  11/03/2014 10:36 AM
Claimant is requesting to receive additional survivor pension benefits

Ruchika Tomar  11/03/2014 10:37 AM
EMPLOYMENT STATUS:

AR   46

| Employment Status | Bene | -Enrl Bene | 04-13-2013 |
|---|---|---|---|

Ruchika Tomar  11/03/2014 10:37 AM
TBA COMMENTS:

Topic: SURVIVOR BENEFIT
This survivor is eligible for 65% of deceased Ppt's retirement benefit.  The PPT was eligible under the 30 Years provision.  The benefits are confirmed and I have set up the payment and send the survivor a commencement kit.  Because the PPTwas eligible to retire when he died, we do not need to waitfor the supporting docs before activating the payment.  Thesurvivor will receive the first check on 8/1/2014 with 15 retro payments to 5/1/2013.

Ruchika Tomar  11/03/2014 10:45 AM
NOTICES:

-CPP Starting Your Beneficiary Pension Benefit dated 05/17/2013 states :

Payment Information for Basic Benefit:

As the beneficiary of RAYMOND O. GORDON, you're entitled to a monthly benefit of $2,306.99 from the Chrysler Pension Plan, beginning on  April 11, 2014.

However, you instead may elect to receive a  benefit of $1,499.54, begining May 1, 2013.

What You Need to Do:-

-We expect that the first payment you will receive will be on July 1, 2013 with retroactive payments back to May 1, 2013. In order to receive payments on July 1, 2013, you will need to make your elections by May 28, 2013 . If you do not make your election by this date, your pension payment may be delayed further.

After You Make Your Elections:

-You must sign and date the Beneficiary Pension Election Authorization Form.

-In order to receive payments on July 1, 2013, you must return the signed Pension Election Authorization Form by May 28, 2013, to the Benefit Express Service Center. If you do not return the signed form by this date, your pension payments may be delayed further.

Ruchika Tomar  11/03/2014 11:58 AM
PAYMENT HISTORY:

| QualAnnuity Pmt | 12-01-2014 | Unreported | $1,499.54 |
| QualAnnuity Pmt | 11-01-2014 | Reported | $1,499.54 |
| QualAnnuity Pmt | 10-01-2014 | Reported | $1,499.54 |
| QualAnnuity Pmt | 09-01-2014 | Reported | $1,499.54 |
| QualAnnuity Pmt | 08-01-2014 | Reported | $23,992.64 |

Ruchika Tomar  11/03/2014 01:06 PM
Mail sent to CDG:

Claimant is survivor of Mr. Raymond O. Gordon, she is requesting for additional survivor pension which was supposed to be $2306.99 as she commenced on 06-23-2014(which was after the ppt's 65th birthday). Initially she called on 05-23-2013 to initiate the pension; however she was told that if she would commence the pension after the ppt's 65th birthday, she would be entitled to get $2306.99, so claimant called on 05-31-2013 to cancel the retirement process. She received a retroactive amount $23992.64 in July 2014 (Monthly payment $1499.54).

Per TBA record claimant is paid 15 months ( $1,499.54 per month) retroactive payment, please advise if ppt. cancelled the retirement process than why she was not given the pension as $2306.99, as she commenced on 06-23-2014,

Please advise what is the form of payment elected by the ppt. prior to his death.

Ruchika Tomar  11/07/2014 05:52 AM
Follow up sent on 11-06-2044;
Any updates on this one please.

Ruchika Tomar  11/07/2014 11:48 AM
There is no response received from CDG, hence extension letter is drafted

Ruchika Tomar  11/07/2014 11:48 AM
Address Verified:

8346 Bryden
Detroit, MI 48204-3309

Prabha Thakur  11/07/2014 01:20 PM
Extension letter reviewed and moved to AA Processing

Ruchika Tomar   11/07/2014 02:10 PM
Extension letter Indexed and removed from imaging

Ruchika Tomar   11/10/2014 10:02 AM
Response received from CDG;

Survivor is receiving the correct payment based on the Ppt's amount.  The Ppt would have received the full amount of #2306.99, however the Survivor is only due 65% of that amount.  Since the Ppt was eligible to retire at the time of death then the Survivor was eligible to begin benefits immediately at 65% of the Ppt's benefit.  The initial payment was made in the amount of $23,992.64.  This included 1 month ongoing plus 15 retro's at a monthly amount of $1,499.54.  This is the correct ongoing amount.  This was also outlined in the Starting Your Beneficiary Benefits (In Pay) notice that was sent to the Survivor.

Ruchika Tomar   11/14/2014 09:38 AM
Summary of Research:

Survivor is requesting to receive an additional pension benefit, records indicate that she was sent incorrect letter stating that she was eligible to receive $2,306.99; however the correct amount which she is eligible is $1,499.54 that is paid on August 1, 2014 as retroactive since May 1, 2013. Therefore, the request is denied.

Ruchika Tomar   11/14/2014 09:39 AM
Address Verified:

8346 Bryden
Detroit, MI 48204-3309

Ruchika Tomar   11/14/2014 09:39 AM
Denial letter drafted and sent for review

Jeff Norris   12/24/2014 07:32 AM
Letter reviewed and revised. Please update and mail.

Ruchika Tomar   12/24/2014 08:05 AM

AR   49

Letter updated and moved to AA Processing

Ruchika Tomar  12/24/2014 09:47 AM
Letter indexed and removed from imaging.
TBA indicator set to complete.

## Attachment(s)

| | | |
|---|---|---|
| Internal Contacts | | |
| | | BDRA Assigned | Ruchika Tomar |
| | | BDRA Assigned Date | 08/13/2014 |
| | | State | MI - Michigan |
| Issue Contributor/Originator | ☒ Participant | Resolution Time Within BDRA Control | ☒ Yes |
| | | Extension Letter Needed? | ☒ Yes |
| Extension Letter Date | 11/07/2014 | Appeal escalated to client | ☒ No |
| Appeal Determination | ☒ Denied | Participant Info Complete | ☒ Yes |
| Participant Info Compliant | ☒ Yes | | |
| Reinstatement Needed | No | Determination Letter Date | 12/24/2014 |

## Final Resolution

Resolution Date:  Ruchika Tomar 12/24/2014 09:47 AM

AR   50

Resolution:
Denial

☒ Completed by Ruchika Tomar on 12/24/2014 09:47 AM

Issue Summary

Requesting to receive additional survivor pension benefits, per plan provision claim is denied

☒ Completed by Ruchika Tomar on  12/24/2014 09:47 AM

# Chrysler Benefit Express

November 7, 2014

Private and Confidential

Ms. Eunice Gordon
███████████
██████, MI █████████

Dear Ms. Gordon:

Chrysler Group LLC has designated the Benefit Express Determination Review Team to review and process benefit claims in accordance with the terms of the Chrysler pension plan(s).

This letter is in response to the claim you submitted on August 11, 2014. Due to additional research, the Benefit Express Determination Review Team finds it necessary to extend the review of your ERISA benefit claim for an additional 90 days. This extension will not exceed 180 days from the date your original written request was received. You can expect to receive a written response by February 7, 2015.

If you have any other general questions about your benefits, call Benefit Express at **1-888-409-3300**. The system is available 24 hours a day, Monday through Saturday. Benefit Express Representatives are available at this number between 8 a.m. and 4 p.m. (Eastern time), Monday through Friday.

Sincerely,

Benefit Determination Review Team



129820084    AR    52

# Chrysler Benefit Express

December 24, 2014

Private and Confidential

Ms. Eunice Gordon

 MI

Dear Ms. Gordon:

Chrysler Group LLC has designated the Benefit Express Determination Review Team to review and process benefit claims in accordance with the terms of the Chrysler pension plan(s).

This letter is in response to your ERISA claim received on August 11, 2014, requesting to receive additional survivor pension, as the surviving spouse of Mr. Raymond Gordon. In reviewing your claim, the information submitted with your written claim, your records, and the relevant plan provisions were considered. Your request has been denied.

The following information can be found on pages 14 and 15 of the UAW Hourly and Salaried Employees, Retirees and Surviving Spouses Pension Plan, Summary Plan Description 2008 (the "SPD"), in pertinent part:

**Survivor Benefits**
The Pension Plan provides benefits for your surviving spouse or, in some cases, other designated beneficiaries in the event of your death.

If you die before benefit payments begin, your spouse may be eligible to receive a:
- Pre-retirement surviving spouse benefit, or
- Widow(s)/Widower(s) pension benefit.

**If You Die Before Benefit Payments Begin**
If you die before benefit payments begin and you have been married at least one year at the time of your death, your spouse will be eligible to receive a benefit from the plan if you are vested. The amount and type of benefit your spouse will receive depends on your employment status, age and eligibility for early retirement at the time of your death....

**Widow(s)/Widower(s) Pension Benefit**
- Your spouse is eligible for a widow(s)/widower(s) benefit if, when you die, you:
- Have been married for at least one year
- Are actively employed with Chrysler LLC
- Are eligible for early retirement under the Pension Plan (see pages 6 through 8 for early retirement eligibility rules).

**How Benefits are Calculated**
Your surviving spouse's benefit is equal to 65% of the basic pension benefit you would have been eligible to receive at age 62 and one month—reduced to reflect the surviving spouse adjustment factor. The benefit amount is based on the basic pension rate in effect at the time of your death and is calculated as if you had voluntarily retired on the date of



129820084          AR    53

Ms. Eunice Gordon
Page 2
December 24, 2014

your death and had elected a Surviving Spouse option.

For any month for which a transition or bridge benefit is payable under the insurance program, your spouse will be paid the higher of the widow's/widower's benefit or the transition or bridge benefit....

The SPD states that a Qualifying Surviving Spouse Option will pay a surviving spouse a benefit equaling 65% of the deceased employee's benefit that was payable at the time of employee's death.

Under the formula provided in the SPD and based on Mr. Gordon's employment history, Mr. Gordon was eligible for a benefit of $2,306.99 at the time of his death. Therefore, you were eligible to receive a monthly benefit of $1,499.54, which is 65% of Mr. Gordon's $2,306.99 benefit.

On August 1, 2014, you began receiving your benefit based on a May 1, 2013 commencement date. As such, you received $23,992.64, which included 16 payments of $1,499.54 from your commencement date through August 1, 2014.

On May 17, 2013 and March 25, 2014, you were sent paperwork that indicated you would be entitled to Mr. Gordon's full benefit amount. The Benefit Express Determination Review Team apologizes for any confusion this paperwork caused. However, per the terms of the SPD, you are only entitled to 65% of his benefit. To allow you to receive an incorrect benefit amount would violate the terms of the plan. Therefore, your request to receive an additional pension amount is denied.

You may appeal this denial to the Chrysler Group LLC Employee Benefits Committee (EBC) within 60 days from the date on this letter. If you do not submit an appeal to the EBC during this time period, no further action will be taken and you may not file an appeal for this claim at a later date. Submit your appeal in writing to:

Chrysler Group LLC Employee Benefits Committee
c/o Benefit Express Determination Review Team
P.O. Box 1407
Lincolnshire, IL 60069-1407

In preparing your appeal, you have the right to receive upon request and without charge, reasonable access to, or copies of, any relevant documents, records, or other information relied upon by the Benefit Express Determination Review Team in making this determination. If you have any additional information or documentation to support your claim, you must submit it with your appeal.

The EBC will review the facts, the reasons for the claim decision, and the information you have provided. You should receive a written response within 60 days following the receipt of your appeal. If the EBC needs additional time to make a decision, you will be notified of the extension in writing within 60 days following the receipt of your appeal. The decision of the EBC is final and binding.

If the EBC denies your appeal, you have the right to bring a civil action in federal court under section 502(a) of the Employee Retirement Income Security Act of 1974. This option is available to you only after you have exhausted all of the administrative remedies available to you through Chrysler's claims and appeals process.

If you have any other general questions about your benefits, call Benefit Express at **1-888-409-3300**. The system is available 24 hours a day, Monday through Saturday. Benefit Express Representatives are available at this number between 8 a.m. and 4 p.m. (Eastern time), Monday through Friday.

Sincerely,

Benefit Express Determination Review Team

129820084



# ELAINE R. CARLIS, ESQ.
### Attorney and Counselor at Law

*7 West Square Lake Road*
*Bloomfield Hills, Michigan 48302*

*(248) 452-9882*
*(248) 858-9972 facsimile*

*Email: ercarlis@yahoo.com*

## VIA FASIMILE AND CERTIFIED MAIL

February 24, 2015

Chrysler Group LLC – Employee Benefits Committee
C/O Benefit Express Determination Review Team
P.O. Box 1407
Lincolnshire, IL   60069-1407

RE: *Eunice Gordon, surviving spouse of Raymond O. Gordon, Sr.,*
**APPEAL OF DENIAL OF PENSION BENEFITS**
*Request for Copy of the Entire Administrative Record*

To whom it may concern:

Please be advised that this office was retained to represent Ms. Eunice Gordon in her appeal of the denial of pension benefits, i.e., as the surviving spouse of Raymond O. Gordon, Sr.   Ms. Eunice Gordon is appealing the Benefit Express Determination Review Team's December 24, 2014 determination that she is not entitled to additional monthly benefits as the surviving spouse of Raymond Gordon. (See attached summary, **Exhibit A**).   Ms. Gordon received this determination letter on or about December 29, 2014.

I am requesting a copy of the Entire Administrative Record relative to Mrs. Gordon's case and Raymond Gordon's pension benefits.   Please immediately forward the administrative record to this office.

Thank you in advance for your anticipated cooperation.

Sincerely,

*Elaine R. Carlis*

ELAINE R. CARLIS
ERC/ra
cc:    Ms. Eunice Gordon
       8346 Bryden
       Detroit, Michigan   48204

# EXHIBIT A

Chrysler-UAW Pension Board of Administration
C/O Benefit Determination Review Team (BDRT)
PO BOX 1407
Lincolnshire, IL 60069-1407

To Whom This May Concern:

Benefit Determination Review Team (BDRT)

My name is Eunice Gordon, and I am appealing for these reasons: I have been denied a benefit to which I am entitled and the amount of your benefit is not correct: I have documents date May 17, 2013 and March 25, 2014. (Copies of documents attached).

My late husband name was Raymond O' Gordon, Sr.  He was employed at Chrysler LLC, for 45 years. (Worked at Jefferson North Assembly Plant, (JNAP). He transition, on 04/13/2013.

I received a document dated May 17, 2013 and March 25, 2014, from Benefit Express, stating, *"As the beneficiary of Raymond O. Gordon, you're entitled to a monthly benefit of $2306.99 from Chrysler UAW Pension Plan, beginning on April 11, 2014."*

*However, you instead may elect to receive a benefit of $1499.54, beginning May 1, 2013 (.Per documents  I received from Benefit Express)*

When I called on May 20, 2013, I spoke to Benefit Express Representative Aisha, she explained to me the benefit amount is $1499.54 starting May 1, 2013, but If I waited until next year, after Raymond's birthday, I would be entitled to a benefit of $2306.99. Because that would have been his normal retirement date and this 65th birthday, so I called May 31, 2013 and cancelled the Commencement benefits for the amount of $1499.54.  Aisha informed me to call back next year after Raymond's birthday (4/11/2014) to set up commencement benefits again, but to call one

month to set it up. Because I had to fill out the paperwork again.

So, I waited until March 21, 2014, and I called Benefit Express to see when the commencement Benbfits started for the $2306.99, and I spoke with; Benefit Express Representative Tamara. She stated the paperwork had been terminated and Hewitt Associated has to send more paperwork out to get the pension benefit process stated all over again.

Tamara stated" I have to start a research ticket, for $1499.54, and I explained to her I am not inquiring about the $1499.54. I am inquiring about the amount of $2306.99. She stated," I will called you regarding the commencement benefits in 1 to 3 businesses days, for the confirmation of the amount."

When she called back and said everything was set up, I asked her what the amount is. She said the Commencement benefit is in the amount of $1499.54. I informed her that the amount of $1499.54 was incorrect and that I was calling to see when I needed to call for the amount of $2306.99. So she stated I need to run another research ticket? Tamara asked me why was I questioning the amount? I explained to her again, that I needed to know when, I was supposed to call for commencement the pension benefit, after his April 11, 2014. Tamara, stated that the amount was increased to $1507.48

So I read to her the document I had received in the mail, stating" *As the beneficiary of Raymond O. Gordon, you're entitled to a monthly benefit of $2306.99 from the Chrysler UAW Pension Plan, beginning on April 11, 2014.*

On April 14, 2014, I called Benefit Express again, and spoke with Benefit Express Representative Jaye and I explained the problem I was having trying to get the correct amount for my pension benefit, she stated you will receive some documents in the mail in a few business days.

I called again April 14, 2014, and spoke with Benefit Express Representative Stacey, she informed me that the amount of $2319.20 would be the amount of the deceased to receive if he was living and this is not a benefit for you (me). She began to ask me what you want me to do.

We have done everything possible? Your amount is $1499.54, I explained to her that I was the Beneficiary and not Raymond, I asked to speak to a supervisor.

Aisha came to the phone stating she was the supervisor. Aisha stated that the documents I received from Benefit Express on May 17, 2013 and March 25, 2014 are typos? I ask her which one she stated both letters. Aisha was unable to tell me the typos amount or the corrected amount. I stated if they are typos why haven't Chrysler LLC sent me a corrected copied. Then I stated " I do not believe that a Corporation like Chrysler LLC would send documents that has errors or none factual information and not forward a correction letter?"

I hung up on her because I felt as if I was begging for a monthly benefit in which I was entitled to. Aisha and Stacey insists I was reading the letter incorrect, they stated that the $2306.99, would be my husband benefit and not mine.

I called again, and asked for a Supervisor, Will stated he was the supervisor. He ask me How could he help, I explain to him about the problems I had been dealing with trying to get the right amount of commencement benefits. And he told me that I would be receiving a pension benefit of $1499.54 because that was 65% of what my husband pension. I told him that is not true, I told him that $1499.54 is 65% of $2306.99, and he replied what makes you think you're entitled to that amount of money. and I replied that my husband worked at Chrysler for 45 years that's what makes me entitled. He replied no, he would be entitled to the amount of $2306.99 and not you.

May 2014, I called Benefit Express and spoke with Benefit Express Representative Denise, I explained to Denise what I had been going through for the last couple of months, so she ask me to hold on while she read the notes and stated you are absolutely corrected you are entitled to the pension benefit amount of $2306.99 because you have waited until after 4/11/2014 and that is the correct amount, so I need your account number so we can start a research ticket for this commencement benefit. I had no idea that she would use my account number under false pretenses, for a direct deposit of a check, that should never been deposited.

So I gave her my account number, then she stated that she would called me in a few days. She called and stated I have good news and bad news, first the good news was that the document you

read from Benefit express was correct (and she paused) and the bad news was the amount was $1499.54. I told her none of that was good news because we had already established the pension amount of $2306.99, after she read the documents in the notes she asked for dates of the document and I told her and she stated okay I see what you are talking about and you correct. 7/2014, I received a check in the amount of $23992.64, I called Benefit Express again and spoke with Benefit Express Representative Vic, I asked him why did I received this check. He stated that is your pension benefit from last year in the amount of $1499.54 times 15 months.. I asked him how much would my monthly payments be, he said in the amount of 1499.54. I stated, I did not mailed A *Beneficiary Pension Election Confirmation Statement  and Beneficiary Pension Election Authorization forms.* authorizations stating I would accept the amount of $1499.54 and I did not authorize any direct deposits into my account. He stated that we do not need any Authorizations or confirmations to do this we have updated our systems. I understood that you must return the signed Pension Election Authorization Form is not sent back in to Benefit Express Service Center, pensions will be delayed further. (So how was this determined and by whom with no paperwork in place?)

I asked for a supervisor again, Will got on the phone and ask me what the problem is now. I thought we have resolved this issue Mrs. Gordon, we have been over this before. I explained to him I you like an Appeal decision, he ask me WHAT am I trying to Appeal.   I asked him for a name and telephone number or a address, so I could appeal this matter, he stated he did not have a name or telephone number, but he would send a claim form to the 8346 Bryden address.

I called again to stop the check from being deposit in my account I spoke with Kelly she stated, That she could not stop this check.

And I called again to have the check stop on 7/29/2014 and with Aisha and she stated that it could not be done, all the paper work has been finalized, and I asked who finalized it?

I would like to know is this how Chrysler LLC, treat their UAW workers Retirees and Surviving Spouses, by giving them what they think is fair.   What happen to treating people with? Respect and Dignity. And treating others they way you wish to be treated?

Whenever, I called Benefit Express, I felt like I was begging for a benefit, which I was not entitled to. Benefit Express Rep. would lie to me, by telling me "Oh, that's not what that means" and I ask, "them well what does that means?  They would tell me another lie. I thought to myself how degrading it is this. They gave me false information which was very misleading, but why! Benefit Express decided for me the amount I should received, and not the amount I am entitled to.

According to the documents, I received from Benefit Express dated May17/2013 and March 25, 2014 as the beneficiary of Raymond O. Gordon, I am entitled to receive the monthly pension benefit of $2319.20, after April 11, 2014.

And If *had agreed* to have a monthly pension of $1499.54, there would be no need to have Cancelled on 5/31/2013 last year.  And I would had received a check 15 months later for $23,992.64.


During this whole process not one person said to me you have a right to an *"Appeal"* process. My question, Is everyone treated this way, by being undermined, being mislead and lied to. And they are given their pension based on what a Benefit Express Representative decides for them. And they are not given the opportunity to express their rights, or they do not understand they have rights because no one informs them, and they accept what is given to them because they do not realize they have a say in this matter?  I believe the matter was not satisfactorily resolved in the event that entitles me to the entitled pension amount? I have attached documents to support my claim.

# FCA Benefit Express

March 17, 2015

Private and Confidential

Ms. Eunice Gordon
████████████
████████, MI ████████

Dear Ms. Gordon:

FCA US LLC has designated the Benefit Express Determination Review Team to review and process benefit claims in accordance with the terms of the FCA pension plan(s).

This letter is to acknowledge the receipt of your appeal received on March 11, 2015, regarding the Benefit Express Determination Review Team's decision on your claim for benefits. The FCA US LLC Employee Benefits Committee will review your appeal and provide a response in writing within 60 days, barring any necessary extensions.

If you have any other general questions about your benefits, call Benefit Express at 1-888-409-3300. The system is available 24 hours a day, Monday through Saturday. Benefit Express Representatives are available at this number between 8 a.m. and 4 p.m. (Eastern time), Monday through Friday.

Sincerely,

Benefit Express Determination Review Team



Database: HRO BDRT Workflow
Copyright © 2016 Hewitt Associates LLC

**Client Name: Chrysler Group LLC**
🖐 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 GORDON,EUNICE O.

| | | | | |
|---|---|---|---|---|
| BDRT Date | 03/13/2015 | BDRT Time | 10:40 AM | BDRA Tracker | Dan Fish |
| Originally Needed | 03/21/2015 | Currently Needed | 03/21/2015 | Source | Mail |
| Imaging Date | 03/11/2015 | Imaging Time | 10:40 AM | Issue Status | Issue Completed |
| Client Team Utilized | | Appropriate Referral of CIF | | | |
| Escalation Process? | ● Yes ○ No | from BC? | ● Yes ○ No | | |

## Participant Information

| | | | | |
|---|---|---|---|---|
| Name | EUNICE O. GORDON | | Benefit Status | | Retiree |
| ID | | | Other Participant Identifier | | Union |
| Participant Zip Code | | | | | |

## Current Status

| | | | |
|---|---|---|---|
| Workgroup | N/A | Assignee | N/A | Current Step | N/A |
| Status | Issue Completed | | | |

## Steps Detail

**1. Appeal Detail**

| | | | |
|---|---|---|---|
| Person Type | Participant | Appeal Category | | DB |
| Appeal Activity | DB | Level of Appeal | | Level 2 |
| Appeal Topic | Benefit Amount | Appeal Description | | Survivor Benefit |
| Imaging Misdirect | ☒ Yes ☐ No | Multiple Appeal | | ☒ Yes ☐ No |

**Appeal Description:**

| |
|---|
| Root Cause of Appeal: |
| Summary of Appeal: Appeal to receive additional survivor benefits . |
| Acknowledge Letter: 03/17/2015 |
| Contact: |

AR  63

Contact Call Back Number:
Home Number:
Work Number:                      PRIYANKA
Best Time to Call Back:           129820084

☒ Completed by Priyanka Singh on 03/13/2015 10:40 AM

## 2. Appeal Analysis

Workgroup:                        Chrysler Group LLC
Associate Name                    Jeff Norris

## Analysis

Discussion

Priyanka Singh  03/13/2015 10:43 AM
Image Indexed and removed from imaging

Appeal indicator set to pending as of March 11, 2015

Priyanka Singh  03/16/2015 07:54 AM
Ack. Ltr. drafted and moved to second claim review

Address Verified:

8346 Bryden
Detroit, MI 48204-3309

Jeff Norris  03/16/2015 03:00 PM
Ack letter reviewed and saved in the AA Folder to be mailed to the claimant.

Priyanka Singh  03/17/2015 02:54 PM
Ack. Ltr. indexed and removed from imaging

AR   64

Jeff Norris   03/19/2015 12:10 PM
Level 2 packet created and sent to the client. I will update the TBA indicator when the client provides their determination letter.

Jeff Norris   03/23/2015 02:44 PM
Closing Workflow.

### Attachment(s)

| | |
|---|---|
| Internal Contacts | BDRA Assigned | Jeff Norris |
| | BDRA Assigned Date | 03/13/2015 |
| | State | MI – Michigan |
| Issue Contributor/Originator | ☒ Participant | Resolution Time Within BDRA Control | ☒ Yes |
| | | Extension Letter Needed? | ☒ No |
| | | Appeal escalated to client | ☒ No |
| | | Participant Info Complete | ☒ Yes |
| Extension Letter Date | | | |
| Appeal Determination | ☒ N/A | | |
| Participant Info Compliant | ☒ Yes | | |
| ☐ Ppt filed within 180 days of first appeal | | Determination Letter Date | 03/19/2015 |
| Reinstatement Needed | No | | |

### Final Resolution

Resolution Date: Jeff Norris 03/19/2015 12:09 PM

Resolution:
Level 2 Packet

☒ Completed by Jeff Norris on 03/23/2015 02:44 PM

## Issue Summary

Level 2 Packet provided to the client

☒ Completed by Jeff Norris on 03/23/2015 02:44 PM

AR   66



# ELAINE R. CARLIS, ESQ.
### Attorney and Counselor at Law

*7 West Square Lake Road*
*Bloomfield Hills, Michigan 48302*

---

*(248) 452-9882*
*(248) 858-9972 facsimile*

*Email: ercarlis@yahoo.com*

## VIA FASIMILE AND CERTIFIED MAIL

February 24, 2015

Chrysler Group LLC – Employee Benefits Committee
C/O Benefit Express Determination Review Team
P.O. Box 1407
Lincolnshire, IL   60069-1407

> RE:  *Eunice Gordon, surviving spouse of Raymond O. Gordon, Sr.,*
> ***APPEAL OF DENIAL OF PENSION BENEFITS***
> *Request for Copy of the Entire Administrative Record*

To whom it may concern:

Please be advised that this office was retained to represent Ms. Eunice Gordon in her appeal of the denial of pension benefits, i.e., as the surviving spouse of Raymond O. Gordon, Sr.  Ms. Eunice Gordon is appealing the Benefit Express Determination Review Team's December 24, 2014 determination that she is not entitled to additional monthly benefits as the surviving spouse of Raymond Gordon. (See attached summary, **Exhibit A**).  Ms. Gordon received this determination letter on or about December 29, 2014.

I am requesting a copy of the Entire Administrative Record relative to Mrs. Gordon's case and Raymond Gordon's pension benefits.   Please immediately forward the administrative record to this office.

Thank you in advance for your anticipated cooperation.

Sincerely,

*Elaine R. Carlis*

ELAINE R. CARLIS
ERC/ra
cc:   Ms. Eunice Gordon
       8346 Bryden
       Detroit, Michigan   48204

AR   67

# EXHIBIT A

Chrysler-UAW Pension Board of Administration
C/O Benefit Determination Review Team (BDRT)
PO BOX 1407
Lincolnshire, IL 60069-1407

To Whom This May Concern:

Benefit Determination Review Team (BDRT)

My name is Eunice Gordon, and I am appealing for these reasons: I have been denied a benefit to which I am entitled and the amount of your benefit is not correct: I have documents date May 17, 2013 and March 25, 2014. (Copies of documents attached).

My late husband name was Raymond O' Gordon, Sr.  He was employed at Chrysler LLC, for 45 years. (Worked at Jefferson North Assembly Plant, (JNAP). He transition, on 04/13/2013.

I received a document dated May 17, 2013 and March 25, 2014, from Benefit Express, stating, *"As the beneficiary of Raymond O. Gordon, you're entitled to a monthly benefit of $2306.99 from Chrysler UAW Pension Plan, beginning on April 11, 2014."*

*However, you instead may elect to receive a benefit of $1499.54, beginning May 1, 2013 (.Per documents  I received from Benefit Express)*

When I called on May 20, 2013, I spoke to Benefit Express Representative Aisha, she explained to me the benefit amount is $1499.54 starting May 1, 2013, but If I waited until next year, after Raymond's  birthday, I would be entitled to a benefit of $2306.99. Because that would have been his normal retirement date and this 65th birthday, so I called May 31, 2013 and cancelled the Commencement benefits for the amount of $1499.54.  Aisha informed me to call back next year after Raymond's birthday (4/11/2014) to set up commencement benefits again, but to call one

month to set it up. Because I had to fill out the paperwork again.

So, I waited until March 21, 2014, and I called Benefit Express to see when the commencement Benefits started for the $2306.99, and I spoke with, Benefit Express Representative Tamara. She stated the paperwork had been terminated and Hewitt Associated has to send more paperwork out to get the pension benefit process stated all over again.

Tamara stated" I have to start a research ticket, for $1499.54, and I explained to her I am not inquiring about the $1499.54. I am inquiring about the amount of $2306.99. She stated," I will called you regarding the commencement benefits in 1 to 3 businesses days, for the confirmation of the amount."

When she called back and said everything was set up, I asked her what the amount is. She said the Commencement benefit is in the amount of $1499.54. I informed her that the amount of $1499.54 was incorrect and that I was calling to see when I needed to call for the amount of $2306.99. So she stated I need to run another research ticket? Tamara asked me why was I questioning the amount? I explained to her again, that I needed to know when, I was supposed to call for commencement the pension benefit, after his April 11, 2014. Tamara, stated that the amount was increased to $1507.48

So I read to her the document I had received in the mail, stating" *As the beneficiary of Raymond O. Gordon, you're entitled to a monthly benefit of $2306.99 from the Chrysler UAW Pension Plan, beginning on April 11, 2014.*

On April 14, 2014, I called Benefit Express again, and spoke with Benefit Express Representative Jaye and I explained the problem I was having trying to get the correct amount for my pension benefit, she stated you will receive some documents in the mail in a few business days.

I called again April 14, 2014, and spoke with Benefit Express Representative Stacey, she informed me that the amount of $2319.20 would be the amount of the deceased to receive if he was living and this is not a benefit for you (me). She began to ask me what you want me to do.

We have done everything possible? Your amount is $1499.54, I explained to her that I was the Beneficiary and not Raymond. I asked to speak to a supervisor.

Aisha came to the phone stating she was the supervisor. Aisha stated that the documents I received from Benefit Express on May 17, 2013 and March 25, 2014 are typos? I ask her which one she stated both letters. Aisha was unable to tell me the typos amount or the corrected amount. I stated if they are typos why haven't Chrysler LLC sent me a corrected copied. Then I stated " I do not believe that a Corporation like Chrysler LLC would send documents that has errors or none factual information and not forward a correction letter?"

I hung up on her because I felt as if I was begging for a monthly benefit in which I was entitled to.  Aisha and Stacey insists I was reading the letter incorrect, they stated that the $2306.99, would be my husband benefit and not mine.

I called again, and asked for a Supervisor, Will stated he was the supervisor. He ask me How could he help, I explain to him about the problems I had been dealing with trying to get the right amount of commencement benefits. And he told me that I would be receiving a pension benefit of $1499.54 because that was 65% of what my husband pension, I told him that is not true, I told him that  $1499.54 is 65% of $2306.99,  and he replied what makes you think you're entitled to that amount of money and I replied that my husband worked at Chrysler for 45 years that's what makes me entitled. He replied no, he would be entitled to the amount of $2306.99 and not you.


May 2014, I called Benefit Express and spoke with Benefit Express Representative Denise, I explained to Denise what I had been going through for the last couple of months, so she ask me to hold on while she read the notes and stated you are absolutely corrected you are entitled to the pension benefit amount of $2306.99 because you have waited until after 4/11/2014 and that is the correct amount, so I need your account number so we can start a research ticket for this commencement benefit. I had no idea that she would use my account number under false pretenses, for a direct deposit of a check, that should never been deposited.

So I gave her my account number, then she stated that she would called me in a few days.  She called and stated I have good news and bad news, first the good news was that the document you

read from Benefit express was correct (and she paused) and the bad news was the amount was $1499.54, I told her none of that was good news because we had already established the pension amount of $2306.99, after she read the documents in the notes she asked for dates of the document and I told her and she stated okay I see what you are talking about and you correct. 7/2014, I received a check in the amount of $23992.64, I called Benefit Express again and spoke with Benefit Express Representative Vic, I asked him why did I received this check. He stated that is your pension benefit from last year in the amount of $1499.54 times 15 months.. I asked him how much would my monthly payments be, he said in the amount of 1499.54. I stated, I did not mailed A *Beneficiary Pension Election Confirmation Statement and Beneficiary Pension Election Authorization form*s. authorizations stating I would accept the amount of $1499.54 and I did not authorize any direct deposits into my account. He stated that we do not need any Authorizations or confirmations to do this we have updated our systems. I understood that you must return the signed Pension Election Authorization Form is not sent back in to Benefit Express Service Center, pensions will be delayed further. (So how was this determined and by whom with no paperwork in place?)

I asked for a supervisor again, Will got on the phone and ask me what the problem is now. I thought we have resolved this issue Mrs. Gordon, we have been over this before. I explained to him I you like an Appeal decision, he ask me WHAT am I trying to Appeal.   I asked him for a name and telephone number or a address, so I could appeal this matter, he stated he did not have a name or telephone number, but he would send a claim form to the 8346 Bryden address.

I called again to stop the check from being deposit in my account I spoke with Kelly she stated, That she could not stop this check.

And I called again to have the check stop on 7/29/2014 and with Aisha and she stated that it could not be done, all the paper work has been finalized, and I asked who finalized it?

I would like to know is this how Chrysler LLC, treat their UAW workers Retirees and Surviving Spouses, by giving them what they think is fair.   What happen to treating people with? Respect and Dignity. And treating others they way you wish to be treated?

Whenever, I called Benefit Express, I felt like I was begging for a benefit, which I was not entitled to. Benefit Express Rep. would lie to me, by telling me "Oh, that's not what that means" and I ask, "them well what does that means? They would tell me another lie. I thought to myself how degrading it is this. They gave me false information which was very misleading, but why! Benefit Express decided for me the amount I should received, and not the amount I am entitled to.

According to the documents, I received from Benefit Express dated May17/2013 and March 25, 2014 as the beneficiary of Raymond O. Gordon, I am entitled to receive the monthly pension benefit of $2319.20, after April 11, 2014.

And If *had agreed* to have a monthly pension of $1499.54, there would be no need to have Cancelled on 5/31/2013 last year.  And I would had received a check 15 months later for $23,992.64.


During this whole process not one person said to me you have a right to an *"Appeal"* process. My question, Is everyone treated this way, by being undermined, being mislead and lied to. And they are given their pension based on what a Benefit Express Representative decides for them. And they are not given the opportunity to express their rights, or they do not understand they have rights because no one informs them, and they accept what is given to them because they do not realize they have a say in this matter?  I believe the matter was not satisfactorily resolved in the event that entitles me to the entitled pension amount? I have attached documents to support my claim.

AonHewitt - L98KXP5 12/24/2014 9:24:37 AM PAGE 17/002 Fax Server

# Chrysler Benefit Express

December 24, 2014

Private and Confidential

Ms. Eunice Gordon

█████████, MI ███████████

Dear Ms. Gordon:

Chrysler Group LLC has designated the Benefit Express Determination Review Team to review and process benefit claims in accordance with the terms of the Chrysler pension plan(s).

This letter is in response to your ERISA claim received on August 11, 2014, requesting to receive additional survivor pension, as the surviving spouse of Mr. Raymond Gordon. In reviewing your claim, the information submitted with your written claim, your records, and the relevant plan provisions were considered. Your request has been denied.

The following information can be found on pages 14 and 15 of the UAW Hourly and Salaried Employees, Retirees and Surviving Spouses Pension Plan, Summary Plan Description 2008 (the "SPD"), in pertinent part:

> **Survivor Benefits**
> The Pension Plan provides benefits for your surviving spouse or, in some cases, other designated beneficiaries in the event of your death.
>
> If you die before benefit payments begin, your spouse may be eligible to receive a:
> - Pre-retirement surviving spouse benefit, or
> - Widow(s)/Widower(s) pension benefit.
>
> **If You Die Before Benefit Payments Begin**
> If you die before benefit payments begin and you have been married at least one year at the time of your death, your spouse will be eligible to receive a benefit from the plan if you are vested. The amount and type of benefit your spouse will receive depends on your employment status, age and eligibility for early retirement at the time of your death....
>
> **Widow(s)/Widower(s) Pension Benefit**
> - Your spouse is eligible for a widow(s)/widower(s) benefit if, when you die, you:
> - Have been married for at least one year
> - Are actively employed with Chrysler LLC
> - Are eligible for early retirement under the Pension Plan (see pages 6 through 8 for
> - early retirement eligibility rules).
>
> **How Benefits are Calculated**
> Your surviving spouse's benefit is equal to 65% of the basic pension benefit you would have been eligible to receive at age 62 and one month—reduced to reflect the surviving spouse adjustment factor. The benefit amount is based on the basic pension rate in effect at the time of your death and is calculated as if you had voluntarily retired on the date of



Ms. Eunice Gordon
Page 2
December 24, 2014

> your death and had elected a Surviving Spouse option.

> For any month for which a transition or bridge benefit is payable under the insurance program, your spouse will be paid the higher of the widow's/widower's benefit or the transition or bridge benefit....

The SPD states that a Qualifying Surviving Spouse Option will pay a surviving spouse a benefit equaling 65% of the deceased employee's benefit that was payable at the time of employee's death.

Under the formula provided in the SPD and based on Mr. Gordon's employment history, Mr. Gordon was eligible for a benefit of $2,306.99 at the time of his death. Therefore, you were eligible to receive a monthly benefit of $1,499.54, which is 65% of Mr. Gordon's $2,306.99 benefit.

On August 1, 2014, you began receiving your benefit based on a May 1, 2013 commencement date. As such, you received $23,992.64, which included 16 payments of $1,499.54 from your commencement date through August 1, 2014.

On May 17, 2013 and March 25, 2014, you were sent paperwork that indicated you would be entitled to Mr. Gordon's full benefit amount. The Benefit Express Determination Review Team apologizes for any confusion this paperwork caused. However, per the terms of the SPD, you are only entitled to 66% of his benefit. To allow you to receive an incorrect benefit amount would violate the terms of the plan. Therefore, your request to receive an additional pension amount is denied.

You may appeal this denial to the Chrysler Group LLC Employee Benefits Committee (EBC) within 60 days from the date on this letter. If you do not submit an appeal to the EBC during this time period, no further action will be taken and you may not file an appeal for this claim at a later date. Submit your appeal in writing to:

Chrysler Group LLC Employee Benefits Committee
c/o Benefit Express Determination Review Team
P.O. Box 1407
Lincolnshire, IL 60069-1407

In preparing your appeal, you have the right to receive upon request and without charge, reasonable access to, or copies of, any relevant documents, records, or other information relied upon by the Benefit Express Determination Review Team in making this determination. If you have any additional information or documentation to support your claim, you must submit it with your appeal.

The EBC will review the facts, the reasons for the claim decision, and the information you have provided. You should receive a written response within 60 days following the receipt of your appeal. If the EBC needs additional time to make a decision, you will be notified of the extension in writing within 60 days following the receipt of your appeal. The decision of the EBC is final and binding.

If the EBC denies your appeal, you have the right to bring a civil action in federal court under section 502(a) of the Employee Retirement Income Security Act of 1974. This option is available to you only after you have exhausted all of the administrative remedies available to you through Chrysler's claims and appeals process.

If you have any other general questions about your benefits, call Benefit Express at **1-888-409-3300**. The system is available 24 hours a day, Monday through Saturday. Benefit Express Representatives are available at this number between 8 a.m. and 4 p.m. (Eastern time), Monday through Friday.

Sincerely,

Benefit Express Determination Review Team

129820084

August 06, 2014

Chrysler-UAW Pension Board of Administration
C/O Benefit Determination Review Team (BDRT)
PO BOX 1407
Lincolnshire, IL 60069-1407

To Whom This May Concern:

Benefit Determination Review Team (BDRT)

My name is Eunice Gordon, and I am appealing for these reasons: I have been denied a benefit to which I am entitled and the amount of your benefit is not correct: I have documents date May 17, 2013 and March 25, 2014. (Copies of documents attached).

My late husband name was Raymond O' Gordon, Sr.  He was employed at Chrysler LLC, for 45 years. (Worked at Jefferson North Assembly Plant, (JNAP). He transition, on 04/13/2013.

I received a document dated May 17, 2013 and March 25, 2014, from Benefit Express, stating, *"As the beneficiary of Raymond O. Gordon, you're entitled to a monthly benefit of $2306.99 from Chrysler UAW Pension Plan, beginning on April 11, 2014."*

*However, you instead may elect to receive a benefit of $1499.54, beginning May 1, 2013 (.Per documents I received from Benefit Express)*

When I called on May 20, 2013, I spoke to Benefit Express Representative Aisha, she explained to me the benefit amount is $1499.54 starting May 1, 2013, but If I waited until next year, after Raymond's birthday, I would be entitled to a benefit of $2306.99. Because that would have been his normal retirement date and this 65th birthday, so I called May 31, 2013 and cancelled the Commencement benefits for the amount of $1499.54.  Aisha informed me to call back next year after Raymond's birthday (4/11/2014) to set up commencement benefits again, but to call one

month to set it up. Because I had to fill out the paperwork again.

So, I waited until March 21, 2014, and I called Benefit Express to see when the commencement Benefits started for the $2306.99, and I spoke with, Benefit Express Representative Tamara. She stated the paperwork had been terminated and Hewitt Associated has to send more paperwork out to get the pension benefit process stated all over again.

Tamara stated" I have to start a research ticket, for $1499.54, and I explained to her I am not inquiring about the $1499.54. I am inquiring about the amount of $2306.99. She stated," I will called you regarding the commencement benefits in 1 to 3 businesses days, for the confirmation of the amount."

When she called back and said everything was set up, I asked her what the amount is.  She said the Commencement benefit is in the amount of $1499.54. I informed her that the amount of $1499.54 was incorrect and that I was calling to see when I needed to call for the amount of $2306.99. So she stated I need to run another research ticket? Tamara asked me why was I questioning the amount? I explained to her again, that I needed to know when, I was supposed to call for commencement the pension benefit, after his April 11, 2014. Tamara, stated that the amount was increased to $1507.48

So I read to her the document I had received in the mail, stating" *As the beneficiary of Raymond O. Gordon, you're entitled to a monthly benefit of $2306.99 from the Chrysler UAW Pension Plan, beginning on April 11, 2014.*

On April 14, 2014, I called Benefit Express again, and spoke with Benefit Express Representative Jaye and I explained the problem I was having trying to get the correct amount for my pension benefit, she stated you will receive some documents in the mail in a few business days.

I called again April 14, 2014, and spoke with Benefit Express Representative Stacey, she informed me that the amount of $2319.20 would be the amount of the deceased to receive if he was living and this is not a benefit for you (me). She began to ask me what you want me to do.

We have done everything possible? Your amount is $1499.54, I explained to her that I was the Beneficiary and not Raymond. I asked to speak to a supervisor.

Aisha came to the phone stating she was the supervisor. Aisha stated that the documents I received from Benefit Express on May 17, 2013 and March 25, 2014 are typos? I ask her which one she stated both letters. Aisha was unable to tell me the typos amount or the corrected amount. I stated if they are typos why haven't Chrysler LLC sent me a corrected copied. Then I stated " I do not believe that a Corporation like Chrysler LLC would send documents that has errors or none factual information and not forward a correction letter?'

I hung up on her because I felt as if I was begging for a monthly benefit in which I was entitled to.  Aisha and Stacey insists I was reading the letter incorrect, they stated that the $2306.99, would be my husband benefit and not mine.

I called again, and asked for a Supervisor, Will stated he was the supervisor: He ask me How could he help, I explain to him about the problems I had been dealing with trying to get the right amount of commencement benefits. And he told me that I would be receiving a pension benefit of $1499.54 because that was 65% of what my husband pension. I told him that is not true, I told him that  $1499.54 is 65% of $2306.99,  and he replied what makes you think you're entitled to that amount of money and I replied that my husband worked at Chrysler for 45 years that's what makes me entitled. He replied no, he would be entitled to the amount of $2306:99 and not you.


May 2014, I called Benefit Express and spoke with Benefit Express Representative Denise, I explained to Denise what I had been going through for the last couple of months, so she ask me to hold on while she read the notes and stated you are absolutely corrected you are entitled to the pension benefit amount of $2306.99 because you have waited until after 4/11/2014 and that is the correct amount, so I need your account number so we can start a research ticket for this commencement benefit. I had no idea that she would use my account number under false pretenses, for a direct deposit of a check, that should never been deposited.

So I gave her my account number, then she stated that she would called me in a few days.  She called and stated I have good news and bad news, first the good news was that the document you

read from Benefit express was correct (and she paused) and the bad news was the amount was $1499.54. I told her none of that was good news because we had already established the pension amount of $2306.99, after she read the documents in the notes she asked for dates of the document and I told her and she stated okay I see what you are talking about and you correct. 7/2014, I received a check in the amount of $23992.64, I called Benefit Express again and spoke with Benefit Express Representative Vic, I asked him why did I received this check. He stated that is your pension benefit from last year in the amount of $1499.54 times 15 months.. I asked him how much would my monthly payments be, he said in the amount of 1499.54. I stated, I did not mailed A *Beneficiary Pension Election Confirmation Statement  and Beneficiary Pension Election Authorization form*s. authorizations stating I would accept the amount of $1499.54 and I did not authorize any direct deposits into my account. He stated that we do not need any Authorizations or confirmations to do this we have updated our systems. I understood that you must return the signed Pension Election Authorization Form is not sent back in to Benefit Express Service Center, pensions will be delayed further. (So how was this determined and by whom with no paperwork in place?)

I asked for a supervisor again, Will got on the phone and ask me what the problem is now.  I thought we have resolved this issue Mrs. Gordon, we have been over this before. I explained to him I you like an Appeal decision, he ask me WHAT am I trying to Appeal.   I asked him for a name and telephone number or a address, so I could appeal this matter, he stated he  did not have a name or telephone number, but he would send a claim form to the 8346 Bryden address.

I called again to stop the check from being deposit in my account I spoke with Kelly she stated, That she could not stop this check.

And I called again to have the check stop on 7/29/2014 and with Aisha and she stated that it could not be done, all the paper work has been finalized, and I asked who finalized it?

I would like to know is this how Chrysler LLC, treat their UAW workers Retirees and Surviving Spouses, by giving them what they think is fair.   What happen to treating people with? Respect and Dignity. And treating others they way you wish to be treated?

Whenever, I called Benefit Express, I felt like I was begging for a benefit, which I was not entitled to. Benefit Express Rep. would lie to me, by telling me "Oh, that's not what that means" and I ask, "them well what does that means?   They would tell me another lie. I thought to myself how degrading it is this. They gave me false information which was very misleading, but why! Benefit Express decided for me the amount I should received, and not the amount I am entitled to.

According to the documents, I received from Benefit Express dated May17/2013 and March 25, 2014 as the beneficiary of Raymond O. Gordon, I am entitled to receive the monthly pension benefit of $2319.20, after April 11, 2014.

And If *had agreed* to have a monthly pension of $1499.54, there would be no need to have Cancelled on 5/31/2013 last year.  And I would had received a check 15 months later for $23,992.64.


During this whole process not one person said to me you have a right to an *"Appeal"* process. My question, Is everyone treated this way, by being undermined, being mislead and lied to. And they are given their pension based on what a Benefit Express Representative decides for them. And they are not given the opportunity to express their rights, or they do not understand they have rights because no one informs them, and they accept what is given to them because they do not realize they have a say in this matter?  I believe the matter was not satisfactorily resolved in the event that entitles me to the entitled pension amount? I have attached documents to support my claim.

Benefit Express Representatives/ Supervisors, that I spoke with regarding this claim.

<u>Supervisors</u>

Aisha, Will, and Don

<u>Benefit Express Representatives</u>

Aisha, Tamara, Sally, Kirk, Jaye, Stacey Vic, Kelly, Denise and Jasmine

*Beneficiary of Raymond O. Gordon/ contact info:*

Eunice Gordon,

███████████

████████, MI █████

Home ██████████/ Cell █████████

Email address: ██████████████

Regards,

Eunice Gordon

Delivered registered letter with attached documents



*Benefit Express*

Statement Date: May 17, 2013

**Benefit Express Service Center**
1-888-409-3300
between 8 a.m. and 4 p.m., Eastern time,
Monday through Friday.

V000019
EUNICE GORDON
MI

# Chrysler UAW Plan
# Starting Your Beneficiary Pension Benefit

## Payment Information for Basic Benefit

*2306.99 4/14*
*9.54 %*
*807.45*

As the beneficiary of RAYMOND O. GORDON, you're entitled to a monthly benefit of **$2,306.99** from the Chrysler UAW Pension Plan, beginning on **April 11, 2014.** *there will be a increase fluctuation to 807 45*

However, you instead may elect to receive a benefit of **$1,499.54,** beginning **May 1, 2013.**

*- there will be an increased to 807.45 If I wait until 4/11/2014 (cust serv Rep) Aisha 5/2013*

## Additional Payment Information

Starting your benefit requires several decisions on your part. The enclosed materials will help you through those decisions. **Please keep this material for your records.**

## What You Need to Do

- Review all the enclosed information:
  - Beneficiary Pension Elections Worksheet
  - Beneficiary Notice of Rights

- Use the Beneficiary Pension Elections Worksheet as a guide in making your decisions.

- Call the Benefit Express Service Center at **1-888-409-3300** to make your elections.

delivered by Hewitt

129820084 01591-V000019                    AR   82



*Benefit Express*

Statement Date: May 17, 2013

 **Benefit Express Service Center**
1-888-409-3300
between 8 a.m. and 4 p.m., Eastern time,
Monday through Friday.

V000019
EUNICE GORDON

MI

# Chrysler UAW Plan
# Beneficiary Notice of Rights

As a beneficiary in the Chrysler UAW Pension Plan, you have legal rights of which you must be notified. This statement summarizes and describes these rights. You should review these rights prior to electing your benefits.

 ## Commencement of Benefits

You can always choose to delay the start of your pension benefits until at least the Normal Retirement Date of RAYMOND O. GORDON. If you choose to start your benefit before the Normal Retirement Date of RAYMOND O. GORDON, the Plan may reduce the amount you receive to account for the longer period of time that a life annuity would be paid. In addition, when your benefit is paid, it will be subject to income taxes. Choosing to start your benefit now will result in immediate taxation, but delaying the start of your benefit will also delay taxation.

You have the right to at least 30 days to consider whether to consent to begin receiving benefits. You may waive this 30-day period by choosing to begin your benefits.



*Benefit Express*

[handwritten: 4/14 (after 4/11/2014)]
[handwritten: spoke to Jaye (female)] [handwritten: you'll be sending something within the next? Did you sent a something stated page 7 no reply]
[handwritten: rec'd 4/1/14 supr-]

Statement Date: March 25, 2014

**Benefit Express Service Center**
1-888-409-3300
between 8 a.m. and 4 p.m., Eastern time,
Monday through Friday.

V000036
EUNICE GORDON
[redacted] MI [redacted]

[handwritten: Pensions 1st to the month]
[handwritten: Mthy Amt - 1507.48]
[handwritten: 4/1/14 Called for clarity of dates of amounts]

## Chrysler UAW Plan
## Starting Your Beneficiary Pension Benefit

[handwritten: Survivor benefit]
[handwritten: May 1st $2319.20 -$811.72 differ $1507.48]

### Payment Information for Basic Benefit   [handwritten: Commence Date]

As the beneficiary of RAYMOND O. GORDON, you're entitled to a monthly benefit of **$2,319.20** from the Chrysler Group LLC UAW Pension Plan, beginning on **April 11, 2014.**

However, you instead may elect to receive a benefit of **$1,507.48**, beginning **April 1, 2014.**

[handwritten: 4/1/14 spoke to (Kiek) Kur very Persia about the amount]

### Additional Payment Information

Starting your benefit requires several decisions on your part. The enclosed materials will help you through those decisions. **Please keep this material for your records.**

### What You Need to Do

- Review all the enclosed information:
  - Beneficiary Pension Elections Worksheet
  - Beneficiary Notice of Rights

- Use the Beneficiary Pension Elections Worksheet as a guide in making your decisions.

✱ Call the Benefit Express Service Center at **1-888-409-3300** to make your elections.

[handwritten: 4/11/2014 cashed and spoke to]

delivered by Hewitt

AR  84

# Benefit Express

---

Statement Date: March 25, 2014

V000036
EUNICE GORDON
MI

 **Benefit Express Service Center**
1-888-409-3300
between 8 a.m. and 4 p.m., Eastern time,
Monday through Friday.

## Chrysler UAW Plan
## Beneficiary Notice of Rights

As a beneficiary in the Chrysler Group LLC UAW Pension Plan, you have legal rights of which
you must be notified. This statement summarizes and describes these rights. You should review
these rights prior to electing your benefits.

## Commencement of Benefits

You can always choose to delay the start of your pension benefits until at least the Normal
Retirement Date of RAYMOND O. GORDON. If you choose to start your benefit before the
Normal Retirement Date of RAYMOND O. GORDON, the Plan may reduce the amount you
receive to account for the longer period of time that a life annuity would be paid. In addition,
when your benefit is paid, it will be subject to income taxes. Choosing to start your benefit now
will result in immediate taxation, but delaying the start of your benefit will also delay taxation.

You have the right to at least 30 days to consider whether to consent to begin receiving
benefits. You may waive this 30-day period by choosing to begin your benefits.

---



**STATE STREET.**
RETIREE SERVICES
P.O. BOX 24989
JACKSONVILLE, FL 32241-4989

Tax withholding questions? Call Benefit Express (BE) at 888-409-3300 8am to 4pm ET. Retirees eligible for surviving spouse option on marriage/remarriage must apply by the 1st day of the 16th month after marriage. Report address/bank changes to BE. If you change deposit information, do not close old account until you confirm a successful deposit to the new account. Confirm EFT deposits with your bank. If your EFT is rejected by the bank, your payment will be automatically reissued as a paper check to your home address. This will cause a delay (7 to 10 business days) and will continue to happen until the EFT information is updated with BE. Call BE after the 10th of the month to request a stop payment/reissue of a paper check.

AV 01 128714 51866E336 A**5DGT



EUNICE GORDON

████████ MI ████████

| ACCOUNT ID | CHRYSLER-BENE | | | |
| PLAN NAME | CHRYSLER GROUP LLC | | PERIOD BEGINNING: | 08/01/2014 |
| | | CRP14AS000 | PERIOD ENDING: | 08/31/2014 |

## PAYEE INFORMATION

| PAYMENT DATE | CHECK NUMBER | PAYEE SOCIAL SECURITY NUMBER | NET PAYMENT |
|---|---|---|---|
| AUGUST 01, 2014 | | ***-**-**** | 23,992.64 |

## PAYMENT DETAIL

| PAYMENT SOURCES | Current | Year-to-Date | DEDUCTIONS | Current | Year-to-date |
|---|---|---|---|---|---|
| UAW BASIC PEN | 23,992.64 | 23,992.64 | | | |
| **GROSS PAYMENT** | **23,992.64** | **23,992.64** | **TOTAL DEDUCTIONS** | **0.00** | **0.00** |

CID 001438424 SSO COST $.00
WWW.CHRYSLERRETIREES.COM

| DATE | 08/01/2014 | PLAN NAME | CHRYSLER GROUP LLC |
|---|---|---|---|

TWENTY-THREE THOUSAND NINE HUNDRED NINETY-TWO DOLLARS 64 CENTS



EUNICE GORDON

████████ MI ████████

| AMOUNT |
|---|
| $****23,992.64 |

**STATE STREET.**
BOSTON, MASSACHUSETTS 02101

ACCOUNT ID

CHRYSLER-BENE

## ADVICE OF DEPOSIT NON-NEGOTIABLE

AR  86



Statement Date: April 1, 2014

 **Benefit Express Service Center**
1-888-409-3300
between 8 a.m. and 4 p.m., Eastern time,
Monday through Friday.

V000036
EUNICE GORDON

MI

## Chrysler UAW Plan
## Starting Your Beneficiary Pension Benefit

### Payment Information for Basic Benefit

As the beneficiary of RAYMOND O. GORDON, you're entitled to a monthly benefit of **$1,499.54** from the Chrysler Group LLC UAW Pension Plan, beginning on **April 1, 2014.**

### Additional Payment Information

Starting your benefit requires several decisions on your part. The enclosed materials will help you through those decisions. **Please keep this material for your records.**

### What You Need to Do

- Review all the enclosed information:
  - Beneficiary Pension Elections Worksheet
  - Beneficiary Notice of Rights

- Use the Beneficiary Pension Elections Worksheet as a guide in making your decisions.

- Call the Benefit Express Service Center at **1-888-409-3300** to make your elections.

delivered by Hewitt



129820084 01591-V000036

 AR  87

AonHewitt LE6RXP8 4/7/2014 11:06:40 AM PAGE 4/012 Fax Server

Starting Your Beneficiary Pension Benefit                                    Page 2

- We expect that the first payment you will receive will be on June 1, 2014 with retroactive payments back to April 1, 2014. In order to receive payments on June 1, 2014, you will need to make your elections by **April 29, 2014**. If you do not make your election by this date, your pension payment may be delayed further.

## After You Make Your Elections

- A Beneficiary Pension Election Confirmation Statement and Beneficiary Pension Election Authorization Form will be mailed to you.

- You must sign and date the Beneficiary Pension Election Authorization Form.

- In order to receive payments on June 1, 2014, you must return the signed Pension Election Authorization Form by **April 29, 2014** to the Benefit Express Service Center. If you do not return the signed form by this date, your pension payments may be delayed further.

## If You Decide Not to Start Your Benefit

- **Verify Your Address**
  You must call the Benefit Express Service Center to verify your home address by **May 24, 2014**. After this date, you should continue to let the Benefit Express Service Center know about any change in your name or address to ensure that you continue to receive accurate information about your benefit.

- **Provide Death Certificate**
  Please note that even if you don't want to begin receiving your benefit at this time, you must provide the Benefit Express Service Center with a copy of the certified death certificate by **May 24, 2014** to ensure your benefit is not delayed in the future. Please fax or mail the death certificate to:

  *Fax:*
  1-847-883-8234

Starting Your Beneficiary Pension Benefit                              Page 3

*Mail:*
Benefit Express
P.O. Box 1442
Lincolnshire, IL 60069-1442

When faxing your information, do **not** include a cover sheet.

- If you don't respond by **May 24, 2014,** these forms will not be valid and you will need to contact the Benefit Express Service Center to start the process over.

# For More Information

**Phone:** 1-888-409-3300, between 8 a.m. and 4 p.m., Eastern time, Monday through Friday.
**Fax:** 1-847-883-8234  (No cover letter needed.)
**Mail:** Benefit Express Service Center
        4 Overlook Point
        Lincolnshire, IL 60069-1442

129820084 01591-V000036                                    AR  89



---

Statement Date: March 25, 2014

 **Benefit Express Service Center**
1-888-409-3300
between 8 a.m. and 4 p.m., Eastern time,
Monday through Friday.


V000036
EUNICE GORDON
███████████████
████████ MI ███████████

## Chrysler UAW Plan
## Starting Your Beneficiary Pension Benefit

### Payment Information for Basic Benefit

As the beneficiary of RAYMOND O. GORDON, you're entitled to a monthly benefit of **$2,319.20** from the Chrysler Group LLC UAW Pension Plan, beginning on **April 11, 2014.**

However, you instead may elect to receive a benefit of **$1,507.48**, beginning **April 1, 2014.**

### Additional Payment Information

Starting your benefit requires several decisions on your part. The enclosed materials will help you through those decisions. **Please keep this material for your records.**

### What You Need to Do

- Review all the enclosed information:
  - Beneficiary Pension Elections Worksheet
  - Beneficiary Notice of Rights

- Use the Beneficiary Pension Elections Worksheet as a guide in making your decisions.

- Call the Benefit Express Service Center at **1-888-409-3300** to make your elections.

---

delivered by **Hewitt**



129820084 01591-V000036

  AR   90

Starting Your Beneficiary Pension Benefit                                      Page 2

- We expect that the first payment you will receive will be on June 1, 2014 with retroactive payments back to April 1, 2014. In order to receive payments on June 1, 2014, you will need to make your elections by **April 29, 2014**. If you do not make your election by this date, your pension payment may be delayed further.

## After You Make Your Elections

- A Beneficiary Pension Election Confirmation Statement and Beneficiary Pension Election Authorization Form will be mailed to you.

- You must sign and date the Beneficiary Pension Election Authorization Form.

- In order to receive payments on June 1, 2014, you must return the signed Pension Election Authorization Form by **April 29, 2014** to the Benefit Express Service Center. If you do not return the signed form by this date, your pension payments may be delayed further.

## If You Decide Not to Start Your Benefit

- **Verify Your Address**
  You must call the Benefit Express Service Center to verify your home address by **May 24, 2014**. After this date, you should continue to let the Benefit Express Service Center know about any change in your name or address to ensure that you continue to receive accurate information about your benefit.

- **Provide Death Certificate**
  Please note that even if you don't want to begin receiving your benefit at this time, you must provide the Benefit Express Service Center with a copy of the certified death certificate by **May 24, 2014** to ensure your benefit is not delayed in the future. Please fax or mail the death certificate to:

  *Fax:*
  1-847-883-8234

Starting Your Beneficiary Pension Benefit                                    Page 3

*Mail:*
Benefit Express
P.O. Box 1442
Lincolnshire, IL 60069-1442

When faxing your information, do **not** include a cover sheet.

- If you don't respond by **May 24, 2014**, these forms will not be valid and you will need to contact the Benefit Express Service Center to start the process over.

## For More Information

**Phone:** 1-888-409-3300, between 8 a.m. and 4 p.m., Eastern time, Monday through Friday.
**Fax:** 1-847-883-8234  (No cover letter needed.)
**Mail:** Benefit Express Service Center
   4 Overlook Point
   Lincolnshire, IL 60069-1442



Statement Date: May 17, 2013


V000019
EUNICE GORDON
████████████████████
██████ MI █████████

 **Benefit Express Service Center**
1-888-409-3300
between 8 a.m. and 4 p.m., Eastern time,
Monday through Friday.

## Chrysler UAW Plan
## Starting Your Beneficiary Pension Benefit

## Payment Information for Basic Benefit

As the beneficiary of RAYMOND O. GORDON, you're entitled to a monthly benefit of **$2,306.99**
from the Chrysler UAW Pension Plan, beginning on **April 11, 2014.**

However, you instead may elect to receive a benefit of **$1,499.54**, beginning **May 1, 2013**.

## Additional Payment Information

Starting your benefit requires several decisions on your part. The enclosed materials will help
you through those decisions. **Please keep this material for your records.**

## What You Need to Do

- Review all the enclosed information:
  - Beneficiary Pension Elections Worksheet
  - Beneficiary Notice of Rights

- Use the Beneficiary Pension Elections Worksheet as a guide in making your decisions.

- Call the Benefit Express Service Center at **1-888-409-3300** to make your elections.

*delivered by Hewitt*





Starting Your Beneficiary Pension Benefit                                    Page 2

- We expect that the first payment you will receive will be on July 1, 2013 with retroactive payments back to May 1, 2013. In order to receive payments on July 1, 2013, you will need to make your elections by **May 28, 2013.** If you do not make your election by this date, your pension payment may be delayed further.

## After You Make Your Elections

- A Beneficiary Pension Election Confirmation Statement and Beneficiary Pension Election Authorization Form will be mailed to you.

- You must sign and date the Beneficiary Pension Election Authorization Form.

- In order to receive payments on July 1, 2013, you must return the signed Pension Election Authorization Form by **May 28, 2013** to the Benefit Express Service Center. If you do not return the signed form by this date, your pension payments may be delayed further.

## If You Decide Not to Start Your Benefit

- **Verify Your Address**
  You must call the Benefit Express Service Center to verify your home address by **July 16, 2013.** After this date, you should continue to let the Benefit Express Service Center know about any change in your name or address to ensure that you continue to receive accurate information about your benefit.

- **Provide Death Certificate**
  Please note that even if you don't want to begin receiving your benefit at this time, you must provide the Benefit Express Service Center with a copy of the certified death certificate by **July 16, 2013** to ensure your benefit is not delayed in the future. Please fax or mail the death certificate to:

  *Fax:*
  1-847-883-8234

**Mail:**

Chrysler Benefit Express

P.O. Box 1442

Lincolnshire, IL 60069-1442

When faxing your information, do **not** include a cover sheet.

- If you don't respond by **July 16, 2013,** these forms will not be valid and you will need to contact the Benefit Express Service Center to start the process over.

## For More Information

**Phone:** 1-888-409-3300, between 8 a.m. and 4 p.m., Eastern time, Monday through Friday.

**Fax:** 1-847-883-8234  (No cover letter needed.)

**Mail:** Benefit Express Service Center

100 Half Day Road

Lincolnshire, IL 60069-1442



# Benefit Express

---

Statement Date: April 16, 2013


A000601
FAMILY OF RAYMOND O. GORDON


MI

**Benefit Express Service Center**
1-888-456-7800
between 8 a.m. and 4 p.m., Eastern time,
Monday through Friday.

## Death Certificate Transmittal Form

At this time it is important that a copy of the certified death certificate be forwarded to the Benefit Express Service Center.

Please fax or mail the death certificate, along with this original Death Certificate Transmittal Form (not a copy) to:

*Fax:*
1-847-883-8234 (Outside the United States, use +1-847-883-8234.)

*Mail:*
Chrysler Benefit Express
P.O. Box 1442
Lincolnshire, IL 60069-1442

When faxing your information, do **not** include a cover sheet. Only fax this original form, followed by any required documentation.

## Signature Needed

This form needs to be signed by the individual sending in the death certificate.

*Eunice Gordon   5/16/2013*

Death Certificate Transmittal Form                                              Page 2

*Eunice Gordon*   5/16/2013
Signature

# For More Information

**Phone:** 1-888-456-7800, between 8 a.m. and 4 p.m., Eastern time, Monday through Friday.

1591

LF **496**
CF

TYPE/PRINT IN PERMANENT BLACK INK

**STATE OF MICHIGAN**
**DEPARTMENT OF COMMUNITY HEALTH**
**CERTIFICATE OF DEATH**

STATE FILE NUMBER **3640037**

**DECEDENT**

| 1. DECEDENT'S NAME (First, Middle, Last) | | 2. DATE OF BIRTH (Month, Day, Year) | 3. SEX | 4. DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|---|
| RAYMOND O'NEIL GORDON, SR. | | | MALE | APRIL 13, 2013 |

| 5a. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS (other than 1, 2, 3, etc.) | 5b. AGE - Last Birthday (Years) | 6a. UNDER 1 YEAR | 6b. UNDER 1 DAY |
|---|---|---|---|
| | 64 | MONTHS / DAYS | HOURS / MINUTES |

| 7a. LOCATION OF DEATH (Enter place officially pronounced dead as "1, 2) "3)) HOSPITAL OR OTHER INSTITUTION - Name (if not in either, give street and zip code) | | 7b. CITY, VILLAGE, OR TOWNSHIP OF DEATH | 7c. COUNTY OF DEATH |
|---|---|---|---|
| OAKWOOD HOSPITAL & MEDICAL CENTER | | DEARBORN | WAYNE |

| 8a. CURRENT RESIDENCE - STATE | 8b. COUNTY | 8c. LOCALITY (Check the box that describes your place) | 8d. STREET AND NUMBER |
|---|---|---|---|
| MICHIGAN | WAYNE | CITY OR VILLAGE / TOWNSHIP / UNINCORPORATED PLACE DETROIT | |

| 9. ZIP CODE | 10. BIRTHPLACE (City and State or Country) | 10. SOCIAL SECURITY NUMBER | 11. DECEDENT'S EDUCATION - Give the highest degree or level of school completed at the time of death |
|---|---|---|---|
| | DETROIT, MI. | | ASSOCIATES DEGREE |

| 12. RACE - American Indian, White, Black, etc. (If more than one race, specify) | 13a. ANCESTRY - Mexican, Cuban, Asian, African, English, French, Dutch, etc. (Enter all that apply) If American Indian race, enter principal tribe | 13b. HISPANIC ORIGIN | 13c. WAS DECEDENT EVER IN THE U.S. ARMED FORCES? |
|---|---|---|---|
| BLACK | AFRICAN AMERICAN | NO | YES |

| 15. USUAL OCCUPATION Give kind of work done during most of working life. Do not use retired. | 16. KIND OF BUSINESS OR INDUSTRY | 17. MARITAL STATUS - Never Married, Married, Widowed, Divorced | 18. NAME OF SURVIVING SPOUSE (if wife, give maiden name) |
|---|---|---|---|
| ASSEMBLER | AUTOMOTIVE | MARRIED | EUNICE BRADLEY |

**NAME OF DECEDENT** For use by physician on institution

**PARENTS**

| 19. FATHER'S NAME (First, Middle, Last) | 20. MOTHER'S NAME BEFORE FIRST MARRIED (First, Middle, Last) |
|---|---|
| DEWEY GORDON | ESSIE POLLOCK |

**INFORMANT**

| 21a. INFORMANT'S NAME (Type/Print) | 21b. RELATIONSHIP TO DECEDENT | 21c. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) |
|---|---|---|
| EUNICE GORDON | WIFE | |

**DISPOSITION**

| 22. METHOD OF DISPOSITION Burial, Cremation, Entombment, Donation, Removal, Source (Specify) | 23. PLACE OF DISPOSITION (Name of Cemetery, Crematory, or other place) | 23a. LOCATION - City or Village, State |
|---|---|---|
| BURIAL | WESTLAWN CEMETERY | WAYNE, MI. |

| 24. SIGNATURE OF MORTUARY SCIENCE LICENSEE | 25. LICENSE NUMBER | 26. NAME AND ADDRESS OF FUNERAL FACILITY |
|---|---|---|
| *[signature]* | 55.26 | JAMES H. COLE HOME FOR FUNERALS, INC. 2624 W. GRAND BLVD. DETROIT, MI. 48208 |

**CERTIFICATION**

| 27a. CERTIFIER (Check one box) | | 27d. ACTUAL OR PRESUMED TIME OF DEATH | 27b. PRONOUNCED DEAD ON | 27c. TIME PRONOUNCED DEAD |
|---|---|---|---|---|
| ☐ Certifying Physician - To the best of my knowledge, death occurred due to the cause(s) and manner stated. ☐ Medical Examiner - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated. | | 4:40 P. | APRIL 13, 2013 | 4:40 P. |
| Signature and Title *Jammie Bully MD* | | 27e. MEDICAL EXAMINER CONTACTED? | 28. PLACE OF DEATH | 29. HOSPITAL |
| | | | HOSPITAL | INPATIENT |

| 27f. DATE SIGNED (Month, Day, Year) | 27g. LICENSE NUMBER | 27h. MEDICAL EXAMINER'S CASE NUMBER | 30. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER |
|---|---|---|---|
| MAY 2, 2013 | 4301084811 | | *Jammie Bully* |

| 31. NAME AND ADDRESS OF CERTIFYING PHYSICIAN (Type or Print) | |
|---|---|
| JAMMIE BULLY MD | 4100 JOHN R, SUITE 804 DETROIT, MICHIGAN 48201 |

| 32a. REGISTRAR'S SIGNATURE | 32b. DATE FILED (Month, Day, Year) |
|---|---|
| *Kathleen Buda* | MAY 06 2013 |

**CAUSE OF DEATH**

33. Part I. Enter the chain of events—diseases, injuries, or complications—that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. Enter only one cause on a line.

| | | | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|---|
| If disease was an immediate, underlying or predisposing cause of death the last to record indicate in action Part I or Part II of the causes of death section, as appropriate. | a. CHRONIC LYMPHOID LEUKEMIA | DUE TO (OR AS A CONSEQUENCE OF) | YEARS |
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | b. | DUE TO (OR AS A CONSEQUENCE OF) | |
| Sequentially list conditions, IF ANY, leading to the cause listed on line a. ENTER THE UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | DUE TO (OR AS A CONSEQUENCE OF) | |
| | d. | | |

Part II. OTHER SIGNIFICANT CONDITIONS contributing to death but not resulting in the underlying cause given in Part I.

| 35. DID TOBACCO USE CONTRIBUTE TO DEATH? | 36. IF FEMALE |
|---|---|
| ☐ Yes ☐ Probably ☒ No ☐ Unknown | |

**MEDICAL EXAMINER**

| 38. MANNER OF DEATH - Accident, Suicide, Homicide, Natural, Undetermined or Pending (Specify) | 40a. WAS AN AUTOPSY PERFORMED? (Yes or No) | 40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (Yes or No) |
|---|---|---|
| NATURAL | NO | NO |

| 41a. DATE OF INJURY (Mo., Day, Yr.) | 41b. TIME OF INJURY | 41c. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|
| | M | |

| 41d. INJURY AT WORK (Yes or No) | 41e. PLACE OF INJURY (At home, farm, street, factory, office, construction site, wooded area, etc.) (Specify) | 41f. IF TRANSPORTATION INJURY - Driver/Operator, Passenger, Pedestrian, etc. (Specify) | 42. LOCATION - Street or RFD No. | Zip | City or Village or Twp. | State |
|---|---|---|---|---|---|---|
| | | | | | | |

State of Michigan )
County of Wayne ) ss.
City of Dearborn )

I do hereby certify that this document is a true copy of the record
on file in this office.

**AH**
**COPY**

MAY 06 2013
DATE

*[signature]*
REGISTRAR

2204 EUNICE GORDON

AR 98

# Certified Copy of Marriage Record

THE STATE OF OHIO, )
                 ) ss.
LUCAS COUNTY, )

Case Number: 2004 MRG 001621

I, JACK R. PUFFENBERGER, certify that I am Judge of the Probate Court, within and for said county, which is a Court of Record, that I am Clerk of said Court, and by law the custodian of the records and papers required by law to be kept in said Court, and that among others a Record of Marriages was heretofore required by law to be kept therein, and that the following is a true and correct copy from said Record of Marriages, now in this office.

I do hereby certify that on *04/20/2004*, I solemnized the marriage of *Mr. Raymond Oneil Gordon* with *Ms. Eunice Smith.*

Ceremony performed by
Rev John Oliver

In TESTIMONY WHEREOF I have hereunto set my hand and the seal of

The Probate Court, at Toledo, Ohio, this 4 May 2004

Jack R. Puffenberger
Judge and Clerk of the Probate Court of said County

By _____

Deputy Clerk

*EMPLOYEE - Raymond O'Gordon*
*SS# -* ▮▮▮▮▮▮▮▮

Raymond Oneil Gordon
8346 Bryden St.
Detroit, MI 48204

LCPC-1 (REV. 1999)

AR   99

Database: HRO BDRT Workflow
Copyright © 2016 Hewitt Associates LLC

Client Name:   Chrysler Group LLC
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  GORDON,EUNICE O.

| | | | | |
|---|---|---|---|---|
| BDRT Date | 03/19/2015 | BDRT Time | 12:01 PM | BDRA Tracker |
| Originally Needed | 04/10/2015 | Currently Needed | 04/10/2015 | Source | Dan Fish |
| Imaging Date | 03/11/2015 | Imaging Time | 12:01 PM | Issue Status | Mail |
| Client Team Utilized | | Appropriate Referral of CIF | | | Issue Completed |
| Escalation Process? | ● Yes ○ No | from BC? | ● Yes ○ No | | |

## Participant Information

| | | | |
|---|---|---|---|
| Name | EUNICE O. GORDON | Benefit Status | Survivor |
| ID | ▉▉▉▉▉▉ | Other Participant Identifier | Union |
| Participant Zip Code | | | |

## Current Status

| | | | |
|---|---|---|---|
| Workgroup | N/A | Assignee | N/A | Current Step | N/A |
| Status | Issue Completed | | | |

## Steps Detail

### 1. Appeal Detail

| | | | |
|---|---|---|---|
| Person Type | Participant | Appeal Category | H&GB |
| Appeal Activity | Post-Service | Level of Appeal | Level 1 |
| Appeal Topic | Request for Documentation | Appeal Description | Request for Documentation |
| Administrator | N/A | Health Plan State Code | AK - Alaska |
| Coverage Type | Medical | Plan Type | Indemnity |
| Option ID and Name | N/A ▨ | Imaging Misdirect | ☒ No |

Multiple Appeal   ☒ No

AR   100

**Appeal Description:**

Root Cause of Appeal:
Summary of Appeal:                Request for documents
Acknowledge Letter:
Contact:
Contact Call Back Number:
Home Number:
Work Number:
Best Time to Call Back:

☒ Completed by Jeff Norris on 03/19/2015 12:01 PM

## 2.  Appeal Analysis

Workgroup:                Chrysler Group LLC
Associate Name            Jeff Norris

**Analysis**

Discussion

Jeff Norris    04/09/2015 02:25 PM
The claimant requests the administrative file used to determine the claim.

Administrative filed printed.

Document request cover letter prepared and saved in the AA folder. Address on the letter is:

Ms. Elaine R. Carlis, Esquire
Attorney and Counselor at Law
7 West Square Lake Road
Bloomfield Hills, MI 48302

Claimant was cc'd to address on CSPro.

Enclosures given to AA to include with the letter.

TBA indicator not updated as it is set with the pending Level 2 Appeal.

Jeff Norris   04/10/2015 03:48 PM
Cover letter indexed in Imaging, closing Workflow.

## Attachment(s)

Internal Contacts

| | | |
|---|---|---|
| BDRA Assigned | Jeff Norris |

| | | |
|---|---|---|
| BDRA Assigned Date | 03/19/2015 |

State

Resolution Time Within BDRA Control   [X] Yes

Issue Contributor/Originator   [X] Participant

Extension Letter Needed?   [X] No

Appeal escalated to client   [X] No

Participant Info Complete   [X] Yes

Extension Letter Date

Appeal Determination   [X] N/A   [X] Yes

Participant Info Compliant

Determination Letter Date   04/09/2015

Reinstatement Needed   No

## Final Resolution

Resolution Date: Jeff Norris 04/09/2015 02:25 PM

AR   102

**Resolution:**
Document request

☒ Completed by Jeff Norris on 04/10/2015 03:48 PM

## Issue Summary

The request for the administrative file sent to the claimant.

☒ Completed by Jeff Norris on  04/10/2015 03:48 PM

# FCA Benefit Express

April 9, 2015

Private and Confidential

Ms. Elaine R. Carlis, Esquire
Attorney and Counselor at Law
7 West Square Lake Road
Bloomfield Hills, MI 48302

Dear Ms. Carlis:

FCA US LLC has designated the Benefit Express Determination Review Team to review and process benefit claims in accordance with the terms of the FCA pension plan(s).

This letter is in response to your letter received on March 11, 2015, requesting the administrative file relating to Ms. Eunice Gordon's ERISA Claim to receive additional pension benefits as the surviving spouse of Mr. Raymond O. Gordon, Sr. Enclosed with this letter are the requested documents.

We trust that this satisfies your request for documents.

If you have any other general questions about your benefits, call Benefit Express at **1-888-409-3300**. The system is available 24 hours a day, Monday through Saturday. Benefit Express Representatives are available at this number between 8 a.m. and 4 p.m. (Eastern time), Monday through Friday.

Sincerely,

Benefit Express Determination Review Team

Enclosures

cc: Ms. Eunice Gordon (w/o enclosures)



**From:**      Jeff Norris <jeff.norris@aonhewitt.com>
**Sent:**      Wednesday, April 15, 2015 2:20 PM
**To:**      Gay Angela (FCA)
**Subject:**      RE: DB Appeal Packet for Gordon

I reached out to the pension team to confirm the %. They responded with the following:

The Age difference is 6 years which would equal 5.5% (94.5%).

Jeff

---

**From:** Gay Angela (FCA) [mailto:angela.gay@fcagroup.com]
**Sent:** Wednesday, April 15, 2015 12:40 PM
**To:** Jeff Norris
**Subject:** RE: DB Appeal Packet for Gordon

Thanks, although I do believe the difference is 94.5% SSO reduction, vs. 95%. Can you please confirm that the SSO reduction should be 94.5%?

Angela

---

**From:** Jeff Norris [mailto:jeff.norris@aonhewitt.com]
**Sent:** Wednesday, April 15, 2015 1:33 PM
**To:** Gay Angela (FCA)
**Subject:** RE: DB Appeal Packet for Gordon

Hello Angela,

Attached is a breakdown on how the $1,499.54 amount was produced.

As the for the $1,507.28 amount, notes in a Workflow state:

**Discussion :**

Hi , first check is done. The amount $2,306.98 is the amount which the ppt would get if he was in payment. The survivor is elig $2,306.98. I have checked TBA and its showing the benefit of $1,507.48. As per my understanding , TBA is calculating 65.34% should be $1,499.54 which is there in the calc sheet attached above. Moving to QR.
Thanks

**Discussion :**

2nd check completed. Agreed with 1st checker's findings. TBA is calculating incorrect benefit amount for survivor. The corr should be $1,499.54. Pulled retirement kit from control D and make changes and saved on shared drive on April final check template for future reference. PFL placed for mailing through E-fulfillment. Surivivor would received the kit in normal mailing Thanks!!

So, the $1,507.48 amount was based on paperwork sent from system, which was sent to her on 3/25/14. However, when the benefit was calculated manually, it produced the $1,499.54 amount and the updated paperwork was sent her on 4/1/14.

Please let me know if you have any questions.

1

AR   105

Thanks,
Jeff

**From:** Gay Angela (FCA) [mailto:angela.gay@fcagroup.com]
**Sent:** Wednesday, April 15, 2015 12:03 PM
**To:** Jeff Norris
**Subject:** RE: DB Appeal Packet for Gordon
**Importance:** High

Please see statement sent to Ms. Gordon from Benefit Express, dated 3/25/14.

**From:** Gay Angela (FCA)
**Sent:** Wednesday, April 15, 2015 12:56 PM
**To:** 'Jeff Norris'
**Subject:** RE: DB Appeal Packet for Gordon
**Importance:** High

Hi Jeff,

I am unable to match the benefit amount of $1,499.54 that the BDRT provided in the 12/24/14 response to Ms. Gordon. This is also the amount that was used to calculate the lump sum check that was sent to her last year. In Ms. Gordon's letter, she mentions that she was told that her benefit amount would be $1,507.48 (based on Mr. Gordon's benefit of $2,319.20). I am able to match the benefit of $1,507.48, based on the calc. below. Please review and confirm the correct benefit amount. I have a meeting in about 2 hours to discuss the appeal response, so if you could reply as soon as possible, that would be great.

(2,354.05 x 542)/12=$2,441.26 x .95 x .65 =$1,507.48

Thanks,
Angela

**From:** Gay Angela (FCA)
**Sent:** Tuesday, April 14, 2015 2:27 PM
**To:** 'Jeff Norris'
**Subject:** RE: DB Appeal Packet for Gordon

You're right, he would have been entitled to an unreduced benefit. But it was due to his age being over 62, not his service being over 30. Anyhow, thanks for pointing that out.

Angela

**From:** Jeff Norris [mailto:jeff.norris@aonhewitt.com]
**Sent:** Tuesday, April 14, 2015 2:24 PM
**To:** Gay Angela (FCA)
**Subject:** RE: DB Appeal Packet for Gordon

Since Mr. Gordon had over 30 years of service at the time of his death, he was eligible for an unreduced benefit (i.e. no age reductions). There was no advantage for her to wait as her benefit amount would have been the same. Therefore, her payment was set-up automatically retroactive to the first of the month following his death.

Normally, if there was an advantage to wait until the normal retirement date to reduce the age reductions and/or if surviving spouse was required to wait until to a later retirement date, then yes the surviving spouse would need to sign a PEA.

AR   106

**From:** Gay Angela (FCA) [mailto:angela.gay@fcagroup.com]
**Sent:** Tuesday, April 14, 2015 12:44 PM
**To:** Jeff Norris
**Subject:** RE: DB Appeal Packet for Gordon

Thanks for responding so quickly. Didn't she have the option to delay commencement until Mr. Gordon's normal retirement date (5/1/14)? Does the normal process call for Surviving Spouses to return a PEA or some other type of election form?

---

**From:** Jeff Norris [mailto:jeff.norris@aonhewitt.com]
**Sent:** Tuesday, April 14, 2015 1:42 PM
**To:** Gay Angela (FCA)
**Subject:** RE: DB Appeal Packet for Gordon

Hello Angela,

I apologize, but I missed this when I was preparing the packet.

In a Workflow was the attached document. This notice was sent to her in 7/1/14 stating that her payment would be set-up automatically. The Workflow also has the following comment from 7/1/14:

Steve Jackson  01-Jul-2014 02:08:23 PM CDT
After review of the previously mailed PCS I cannot explain why the PCS was sent out with the wrong amount allocated to the Survivor.
that the PCS attached does contain the correct amount. The PCS should have printed as an In Pay notice. The Ppt was well over 30 y
time of death and the Survivor's benefit was well over the maximum SIB amount payable. So the Survivor should have been automati
commenced for the first of the month following the Ppt's death. There would not have been any age reduction to the Ppt's benefit and
should have been set up with the 65% J&S amount of the Ppt's age 65 benefit. The Ppt passed away on 4/13/2013 so the Survivor sh
et up with a 5/1/2013 BCD. I have created an OP_UP calc sheet to account for the retro amount due to the Survivor from the 5/1 BCD
The Ppt was UAW so the normal form of payment IS the 65% J&S benefit. I have set up the payment on TBA for the 8/1/2014 payment
5/1/2013 BCD. I have created the Starting Your Beneficiary Pension Benefit (In Pay) notice. The original calc, the OP_UP calc, and the
have been attached to the wf for reference and review. A comment has been placed in the Survivor account reflecting this information

And this is the note on her account:

> This survivor is eligible for 65% of deceased Ppt's retirement benefit. The PPT was eligible under the 30 Years provision. The benefits are confirmed and I have set up the payment and send the survivor a commencement kit. Because the PPT was eligible to retire when he died, we do not need to wait for the supporting docs before activating the payment. The survivor will receive the first check on 8/1/2014 with 15 retro payments to 5/1/2013.

Based on this information, she was not required to sign and return a PEA. Although her earlier communications stated that a PEA would be required

Please let me know if you have any questions or need any additional information.

Thanks,
Jeff

---

**From:** Gay Angela (FCA) [mailto:angela.gay@fcagroup.com]
**Sent:** Tuesday, April 14, 2015 12:20 PM
**To:** Jeff Norris
**Subject:** FW: DB Appeal Packet for Gordon

Hi Jeff,

AR  107

In regards to the attached appeal, was there ever any PEA or other commencement paperwork signed by Ms. Gordon?

Angela

---

**From:** Betke Deb (FCA)
**Sent:** Thursday, March 19, 2015 1:34 PM
**To:** Lovelady Sue (FCA)
**Cc:** Gay Angela (FCA)
**Subject:** FW: DB Appeal Packet for Gordon

Another Appeal for you.  A UAW ee out of JNAP.

Deb Betke
Human Resources – Retirement Plan Manager
Fiat Chrysler Automobiles
deb.betke@fcagroup.com  ⇐======please note new email address
Tie-Line:  722-2286
Outside Line:  248-512-2286
Address:
CIMS 485-08-78
1000 Chrysler Drive
Auburn Hills, MI  48326

---

**From:** Jeff Norris [mailto:jeff.norris@aonhewitt.com]
**Sent:** Thursday, March 19, 2015 1:09 PM
**To:** Betke Deb (FCA)
**Subject:** DB Appeal Packet for Gordon

Good Afternoon Deb,

Attached is the appeal packet for Ms. Eunice Gordon, requesting to receive additional pension benefits as the surviving spouse of Raymond O. Gordon. The appeal letter also asks for the documents used to determine the claim. I will provide that information to Ms. Gordon by the 30-day deadline (4/10/15).

Please let me know if you have any questions or need any additional information.

Thanks,
Jeff

**Jeff Norris  |  Claims and Appeals Management - DB/DC**
**Aon Hewitt  |  HR Business Process Outsourcing**
t 847-575-7821 | f 847-554-1153
Jeff.Norris@aonhewitt.com  |  aonhewitt.com

AR    108



F AT CHRYSLER AUTOMOBILES

---

**FCA US LLC - UAW Pension Board of Administration**

April 24, 2015

Elaine R. Carlis
Attorney and Counselor at Law
7 West Square Lake Rd.
Bloomfield Hills, MI 48302

Subject: Ms. Eunice Gordon Appeal

Dear Ms. Carlis:

The FCA US LLC-UAW Pension Board of Administration (the "Board") is in receipt of your letter on behalf of your client Ms. Eunice Gordon, dated February 24, 2015.  In your letter you are appealing the Benefit Express Determination Review Team's determination that Ms. Gordon is not entitled to additional monthly benefits as the surviving spouse of Mr. Raymond Gordon.

Background

Mr. Raymond Gordon was a participant in the FCA US LLC-UAW Pension Agreement ("the Plan"), formerly the Chrysler Group LLC-UAW Pension Agreement.  He passed away on April 13, 2013, prior to retirement.  He was, however, retirement eligible at the time of his passing.

Under the terms of the Plan in effect as of Mr. Gordon's death, his surviving spouse, Ms. Eunice Gordon, was eligible for a Surviving Spouse benefit under section 9.B of the Plan.  Mr. Gordon would have been eligible for a monthly pension in the amount of $2,306.98 had he retired effective April 13, 2013.  Ms. Gordon would have been entitled to sixty-five percent (65%) of this benefit at his death.

While we understand that Ms. Gordon received communications from Benefit Express conveying erroneous benefit amounts, she was informed in April 2014 that her correct benefit amount was $1,499.54.

FCA US LLC-UAW
Pension Board of Administration
1000 Chrysler Dr.
CIMS 485-08-78
Auburn Hills MI 48326-2766

<u>Plan Provisions</u>

**Section (9) Surviving Spouse Benefits**

A.  Widow's/Widower's Pension Benefit
The surviving spouse of an employee
(i)     who dies on or after attaining age 60 with 10 years or more of credited service, or on or after attaining age 55 if his combined years of age and credited service (to the nearest 1/12 in each case) total 85 or more, or before attaining age 55 if he has 30 years or more of credited service but in any such case before the first day of the month following the date on which the employee in his application for pension elects to retire or before the date his monthly pension commences in the case of any employee who defers the receipt of his monthly pension under Section (7)A. and

(ii)    who, if he had retired at the date of his death, would have been eligible to make the election under Section (9)A. shall be entitled to a monthly pension during her lifetime, terminating with the last monthly payment before her death.  The monthly pension payable to the surviving spouse shall be the amount she would have been entitled to receive under Section (9) A. above, if the employee had retired on the date of his death, under [Normal Retirement or Early Retirement], whichever is applicable, and had made the election under Section (9) A. above.

<u>Analysis</u>

The original decision to continue Ms. Gordon's monthly pension benefit, in the amount of $1,499.54 will stand.  It is important to note, that due to Mr. Gordon's age at death, he was already entitled to an unreduced pension benefit, and there would have been no increase in Ms. Gordon's benefit amount had she decided to delay commencement until May 1, 2014.  While we understand that Ms. Gordon was told on more than one occasion an incorrect benefit amount, we are legally bound to pay benefits in accordance with the document that governs the Plan, and pay the correct benefit amount that was communicated to her in April 2014, in the amount of $1,499.54.

Federal law requires the Board to correct any mistakes it discovers, regardless of who made the mistake, and ensure that the benefits that are paid are consistent with the benefits that are payable under the terms of the Plan.

This decision is binding on all parties and no further appeal can be made under the FCA US LLC-UAW Pension Plan.  Pursuant to the regulations adopted to ERISA, as amended, you may bring a civil action under § 502(a) ERISA following an adverse benefit determination on review.

Very truly yours,

FOR THE FCA US LLC-UAW
PENSION BOARD OF ADMINISTRATION

_RaChardia White_
Union Member

_Angela Gray_
Company Member