UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUNICE GORDON, on behalf of
the Estate of RAYMOND O'NEIL
GORDON, SR., and EUNICE
GORDON, Individually,

    Plaintiff,

v.                                            Case No. 16-11239

CHRYSLER GROUP, LLC FCA US     Sean F. Cox
LLC-UAW PENSION PLAN, an         United States District Court Judge
employee benefit plan,

    Defendant.
_____/

## ORDER
## ADOPTING 2/2/18 REPORT AND RECOMMENDATION

    Plaintiff filed this action on April 5, 2016. Thereafter, the parties filed cross motions for judgment on the administrative record, which were referred to Magistrate Judge Anthony P. Patti for a report and recommendation.

    On February 2, 2018, Magistrate Judge Patti issued a Report and Recommendation ("R&R") wherein he recommends that: 1) the Court GRANT Defendant's motion for judgment on the administrative record; and 2) DENY Plaintiff's motion for judgment on the administrative record. (Docket Entry No. 23).

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.

    The time for filing objections to the R&R has expired and the docket reflects that neither

1

party has filed objections to the R&R.  The Court hereby **ADOPTS** Magistrate Judge Patti's February 2, 2018 R&R.  **IT IS FURTHER ORDERED** that: 1) Plaintiff's motion for judgment on administrative record is **DENIED;** and 2) Defendant's motion for judgment on administrative record is **GRANTED.**

    **IT IS SO ORDERED**.

                                            s/Sean F. Cox  
                                            Sean F. Cox  
                                            United States District Judge

Dated:  February 21, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 21, 2018, by electronic and/or ordinary mail.

                                            s/Jennifer McCoy  
                                            Case Manager